AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 11-84-FJL |
| | ) | |
| OSCAR R. QUINCOCES | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
NOV 18 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 9, 2011 thru November 17, 2011   in the county of   Palm Beach and St. Lucie County   in the   Southern   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2422(b) | Use of a facility, a computer and or cellular telephone, in interstate commerce, in an attempt to persuade, induce, or entice an individual under the age of 18 to engage in sexual activity. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA FELIX E. DELAVEGA/ DHS-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 18, 2011

City and state:   FORT PIERCE FLORIDA

FRANK J. LYNCH, JR. U.S. MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT
OF
Felix Delavega
SPECIAL AGENT
DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS**

I, Felix E. Delavega, being duly sworn, do hereby depose and state that:

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations, and have been so employed since May 2007. I am currently assigned to the Office of the Resident Agent in Charge (RAC) in Fort Pierce, Florida. Prior to this, I was employed as a Marine Interdiction Agent (formerly called Marine Enforcement Officer) with the Department of Homeland Security, U.S. Customs and Border Protection (CBP), from August 2003 to May 2007.

2. As a Special Agent, my responsibilities include conducting investigations for violations of the Customs and Immigration Laws of the United States, as well as conducting investigations and making arrests for offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code. I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18 United States Code and I am authorized to conduct investigations of and make arrests for, offenses involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251, 2252, 2422, et seq..

1

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which has involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, OSCAR QUINCOCES (QUINCOCES). I am familiar with the facts and circumstances surrounding this investigation based on my own investigative efforts as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe necessary to support a criminal complaint against OSCAR QUINCOCES for violation of Title 18 U.S.C. § 2422(b), that is, use of a facility or means interstate or foreign commerce, that is, a computer and/or cellular telephone, to persuade, induce, or entice

and attempt to persuade, induce, or entice, an individual under the age of 18 to engage in prohibited sexual activity.

5. On October 9, 2011, in Palm Beach County, Florida, in the Southern District of Florida, Detective Charles Ramos of the Boynton Beach Police Department, was working in an undercover capacity portraying a 15-year-old male on an online social website. It should be noted that the servers for the online social website are located in the State of California, and that Detective Ramos confirmed that the following communications and images were relayed to him through the servers in California.

6. On October 9, 2011, a subject using profile name "shaggydaddyo@comcast.net", later identified as OSCAR QUINCOCES, contacted Detective Ramos' 15-year-old male profile on the online social website (hereafter UC). QUINCOCES initiated the online text messages by typing, "Hey man, nice profile. How's it going?" UC responded, "Good you have kewl profile too."

7. The following is an exchange, in sum and substance, of text messages that continued on October 11, 2011. It does not include every message exchanged:

QUINCOCES: "Cool. So can u send me more pics of u sexy?"

UC: sends an image.

QUINCOCES: "Too dark. :( ".

QUINCOCES: Sends UC an image of a penis.

UC: "R u really that big."

3

QUINCOCES: "Yea that's me."

QUINCOCES: "Can I see yours? Pls"

UC: "I'm not even close to that."

UC: "I'm shy about mine."

QUINCOCES: "Idc , I like a smaller guy."

QUINCOCES: "I like for it to fit all in my mouth as I suck u while u cum in my mouth. ;)"

UC: "I feel weird being a 15 year old virgin."

QUINCOCES: "Cool. Have u done anything with another boy"

UC: "Not really"

UC: "Rubbing kissing"

QUINCOCES: "Oh ok. Never sucked or got sucked?"

UC: ":( no"

QUINCOCES: "Would u want to?"

UC: "I think so"

QUINCOCES: "Well don't rush into it. We can talk about stuff and make sure it's what u want and you're comfortable with stuff"

QUINCOCES: "Youngest I've been with is 14"

QUINCOCES: "Wanna c his pics?"

UC: "Sure"

QUINCOCES: Sends UC an image of what appears to be that of a young child.

QUINCOCES: "Wanna c more?"

UC: "Yeah"

4

QUINCOCES: sends UC another image of a penis.

UC: "That's like mine"

UC: "He is cute"

UC: "Wats his name"

QUINCOCES: "Jake"

QUINCOCES: "He lives by me"

UC: "Wat have u guys done"

QUINCOCES: "Suck each other"

QUINCOCES: "Cuddle, kiss"

QUINCOCES: "And fuck"

QUINCOCES: sends UC an image of what appears to be a minor child.

QUINCOCES: "That's Christian"

UC: "Wouldn't mind hanging with him"

QUINCOCES: Sends UC an image of the same child in which the child's penis is exposed.

UC: "awesome"

QUINCOCES: "But they are both kinda shy/scared about other people.

UC: "I can understand that"

QUINCOCES: "I may be able to convince them once we know each other better"

QUINCOCES: "I really like to suck a younger guys dick"

QUINCOCES: "I would make u feel so good"

UC: "I bet"

QUINCOCES: "And would try to get my friends to join in sometimes"

5

8. The text messaging continued back and forth and involved messages of sexual nature. The UC more than once told QUINCOCES how old he was. For example, on one text the UC says, "In 3 months I'll be 16 and I can use her car whenever I want."

9. On November 17, 2011, UC sent a text message to QUINCOCES indicating UC would be in the Port St. Lucie area later that day. QUINCOCES advised UC to text him when UC arrived.

10. The Port St. Lucie Police searched their database for the phone number that QUINCOCES was using to text the UC. The search revealed that QUINCOCES has previously used the phone to make a complaint to the Port St. Lucie Police.

11. Throughout the course of the evening of November 17, 2011, QUINCOCES agreed to meet the UC at the Taco Bell restaurant on Gatlin Boulevard in Port St. Lucie, Florida, in the Southern District of Florida, at 9:00 pm. Law enforcement agents observed QUINCOCES arrive at the Taco Bell shortly after 9:00 pm. QUINCOCES pulled into a parking spot and sat in his vehicle. QUINCOCES then pulled out of the parking spot and parked his vehicle in another parking spot in the same lot. QUINCOCES sat in his car for approximately five to ten minutes before departing the Taco Bell parking lot and pulling into the Walmart parking lot which is adjacent to the Taco Bell. QUINCOCES pulled into a handicapped parking spot in front of Walmart, and he was arrested at that time.

12. The UC agent immediately obtained QUINCOCES' cellular phone. The UC noticed that the phone contained the text messages that took place between the UC and QUINCOCES on that day.

13. I advised QUINCOCES of the *Miranda* rights which QUINCOCES waived. QUINCOCES confirmed he was the person chatting with UC and that he had arranged a meeting with UC.

Further, your affiant sayeth naught.

FELIX DELAVEGA
Special Agent
Homeland Security
Investigations

Sworn and subscribed to before me this ____ day of November 2011.

FRANK J. LYNCH, Jr.
United States Magistrate Judge

7