UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA

VS

Quinones, Oscar

FILED by _____ D.C.
CASE # 11-84-FJL
NOV 2 2 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

PRISONER # 97661-004

****************************************************************
TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    WEST PALM BEACH    (FT. PIERCE)
****************************************************************

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 11-17-2011  2135 HRS

2) LANGUAGE(S) SPOKEN: ENGLISH

3) OFFENSE(S) CHARGED: 18 USC 2422 Enticement and Coercion

4) U.S. CITIZEN  [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 3-26-65

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: of Southern district

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: DELAVEGA   DATE: _____

9) AGENCY: DHS/HSI RAC FT PIERCE   PHONE: 772-216-1782