UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14065-CR-MOORE/LYNCH

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

v.

OSCAR R. QUINCOCES,

         Defendant.
_____/

FILED by _____ D.C.

DEC - 8 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

Beginning on or about October 9, 2011, through on or about November 17, 2011, in Saint Lucie and Palm Beach Counties, in the Southern District of Florida, the defendant,

**OSCAR R. QUINCOCES,**

using a facility and means of interstate commerce, that is, a computer and cellular telephone, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| OSCAR R. QUINCOCES | |
| _____Defendant_____ / | Superseding Case Information: |

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _NO_
   List language and/or dialect

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _X_ Yes
   If yes:
   Magistrate Case No. 11-084-FJL
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 312851

REV 4/8/08

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   **OSCAR R. QUINCOCES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Attempting to persuade, induce, entice and coerce an individual under the age of eighteen years, to engage in sexual activity | 18 U.S.C. §2422(b) | 10 years up to life; $250,000 fine; SR: 5 years up to life; $100 Spec. Assmt |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: <u>**OSCAR R. QUINCOCES**</u>

<u>**PRE-TRIAL DETENTION**</u>
(Personal Surety)(Corporate Surety) (Cash) (Pre-Trial Detention)

By: _/s/ Russell R. Killinger_
AUSA: Russell R. Killinger

Last Known Address: _____

_____

What Facility: <u>St. Lucie County Jail, 900 N. Rock Rd., Fort Pierce, FL 34945</u>

Agent(s): <u>**SA Felix Delavega, DHS/HSI**</u>
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(<u>OTHER</u>)