UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14065-CR-MOORE/LYNCH (s)
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

v.

OSCAR R. QUINCOCES,

Defendant.
_____/

FILED by ___ D.C.
FEB - 6 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning on or about October 9, 2011, through on or about November 17, 2011, in Saint Lucie and Palm Beach Counties, in the Southern District of Florida, the defendant,

**OSCAR R. QUINCOCES,**

using a facility and means of interstate commerce, that is, a computer and cellular telephone, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

Beginning on or about January 1, 2011, through on or about August 31, 2011, in Saint Lucie and Martin Counties, in the Southern District of Florida, the defendant,

**OSCAR R. QUINCOCES,**

using a facility and means of interstate commerce, that is, a computer and cellular telephone, did

knowingly persuade, induce, entice and coerce an individual, that is, J.S., who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
SHANIEK MAYNARD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
vs.

OSCAR R. QUINCOCES

_____Defendant_____/

CASE NO.   11-14065-CR-KMM(s)

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

____ Miami   ____ Key West
____ FTL     ____ WPB   _X_ FTP

New Defendant(s)              Yes ____   No _X_
Number of New Defendants
Total number of counts                    2

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _NO_
   List language and/or dialect

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_              Petty      ____
   II   6 to 10 days      ____             Minor      ____
   III  11 to 20 days     ____             Misdem.    ____
   IV   21 to 60 days     ____             Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   _YES_
   If yes:
   Judge: U.S. DISTRICT JUDGE K. MOORE   Case No.   11-14065-CR-KMM
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _X_ Yes
   If yes:
   Magistrate Case No.   11-084-EJL
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   11-17-11
   Defendant(s) in state custody as of
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

_____
SHANIEK MAYNARD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0522201

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 11-14065-CR-KMM(s)

Defendant's Name: **OSCAR R. QUINCOCES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Attempting to persuade, induce, entice and coerce an individual under the age of eighteen years, to engage in sexual activity | 18 U.S.C. § 2422(b) | 10 years up to life; $250,000 fine; SR: 5 years up to life; $100 Spec. Assessment |
| 2 | Persuade, induce, entice and coerce an individual under the age of eighteen years, to engage in sexual activity | 18 U.S.C. § 2422(b) | 10 years up to life; $250,000 fine; SR: 5 years up to life; $100 Spec. Assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-14065-CR-KMM(s)

### BOND RECOMMENDATION

DEFENDANT: OSCAR R. QUINCOCES

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: SHANIEK MAYNARD

Last Known Address: _____

What Facility: St. Lucie County Jail

Ft. Pierce, FL

Agent(s): DHS-HSI Brian Ray
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)