Shaniek Maynard, AUSA
United States Attorney's Office
101 S. U.S. Highway 1
Suite 3100
Fort Pierce, FL 34950


Dear Judge Moore:

I am writing this letter on behalf of my son who was a victim of Oscar Quincoces. I am speaking as a father who has great compassion for his son. Even though he and I have talked about the events leading up to and surrounding this case, it is hard for my son to speak to these events and the harm which has been done to him. My son is too embarrassed and afraid to address the court in person at this present time.

At times when a person is hurt and the injuries are physical in nature the extent of the injuries are more apparent. In other cases, such as this one, the injuries are of a different nature. As a result, the depth of the injury sustained is difficult to determine, especially when the soul or psyche of an individual is involved. When a child throws a rock into the lake, the rings from the splash do not stop. They continue traveling on to the edges of the lake. The surface of the entire lake is violated.

Sexual crimes against children involve more than physical harm. Severe damage is done to the victim at many different levels. Innocence is lost. Many times the violent act committed against a victim has lingering effects which last for years, even after the defendant is released.

It is my understanding that sexual crimes committed against children represent a habitual, patterned behavior. I ask that this be taken into account in your determination of the sentence. We ask that if possible, the sentence prevents Mr. Quincoces from harming another innocent child.

Thank you for listening and for your consideration of this request.

Sincerely,

