I am the adoptive mother of three boys, D.D., E.D., and L.D., who were victims of sexual abuse and child pornography. D.D. is currently 15 years old. E.D. and L.D. are twins and are currently 13 years old.

This horrible nightmare began when the boys were young. In 2002, the boys were only 6 and 4 when they were removed from their biological parents due to abuse and neglect and placed into the foster care system. In September of 2003, the boys were placed with Ronald Young, a licensed foster care provider. This placement is where our family's true nightmare began.

While under Ronald Young's care, all three boys were sexually assaulted and exploited by Ronald Young. Young began sexually assaulting the boys shortly after their arrival. He would remove the boys from their beds, carry them into his bed, and molest them throughout the night. Sometimes he would rape them in their own beds. This foster care was not a home; it was a house of horrors.

Along with our boys, there were five other boys in and out of the foster home. Ronald Young took nearly 800 graphic pornographic images of the boys and shared these disgusting images throughout the internet with other perverts. These pictures depicted a wide range of forced sexual activities including photographs of the boys being sexually molested by Ronald Young and the boys in forced sexual activities with one another. These images included oral rape, anal rape, masturbation, urination, sexual pleasure from feces, and even brother with brother. The children were small, and the man was big- the photos are shocking and horrific. Every single one of these photographs invokes a memory of what should have never been. Permanent reminders of perverted sexual victimization.

These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again. Unfortunately, I was wrong.

Every time a deranged pervert posts and reposts these graphic images of our sons, our nightmare occurs again and again. For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped. Every time that another pervert gets caught with my sons' images, the nightmare occurs all over again, again, and again. Unfortunately, with this, the healing process will never be complete.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud. This nightmare could end if these perverts were to stop sharing these photographs but they do not. Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification. The more these photographs are disseminated throughout the internet, the greater the chance that my sons friends and acquaintances could find out about their abuse, victimizing my sons over and over again. I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography. What message do we send by not punishing these perverted voyeurs? That it is acceptable in our society to continue to spread explicit photographs of living children being raped and exploited? At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible internet.

In days gone by, photographs such as these would be destroyed- burned into ash. My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by this vile sickness of human spirit. A victimless crime? Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from the child rapes themselves. My entire family is a victim of this child pornography. Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment. We are likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of our kids. Every time our family learns of another case our hearts sink once more. Will the torment ever end?

## Victim Impact Statement

**How has this crime affected you and those close to you?**

The question should be, "How has is not affected you and those close to you?" Ever since the night two detectives showed up at my door, I have been overly cautious on everything. But before I discuss, how I was affected, I want you to know the timeline of the criminal events and what our actions to those events were. Understand that first you will hear about the physical events and I will try to explain the emotional and psychological events after that.

On September 14, 2004, two detectives showed up at our door or rather our garage door. We still had our hurricane shutters up on our house. The detectives banged on the shutters and we told them we would meet them at the garage. This was about 10:00 in the evening. After opening the garage door, they proceeded to tell us that they had Adam Knoll in custody for child pornography on the internet and had reason to believe that our eight year old son was a victim of other sex crimes as well. They did not want us to say anything to our son about it, but wanted us to take him to the Sexual Assault Treatment Center (SATC) in the morning to be interviewed. They also told us that he was not the only child involved and that our good friends and neighbors were also victims. We could not sleep well, if at all, that night. No surprise.

The next morning we took our son to the interview at the SATC. We lied to him and told him we were taking him to a doctor appointment with a different doctor. When we arrived, they put us in a room and let us watch a cartoon video while they got everything ready for the interview. The detective from the previous night came in and spoke to us. He asked my son if he knew why he was there. He said that he thought he was there to see a doctor. The detective told him that he was there to have a talk with him about Adam Knoll. He told him that Adam Knoll was arrested and that he did not need to worry about Adam and that he wanted to talk with him about Adam. He also told him that his friends and neighbors were also here and were going to be interviewed also. He said they were going to go into another room and talk and asked him if that was ok. He said it was. He left. We told our son that everything was going to be ok now and that he could talk to the detective. A few minutes later, our son went with the detective. After a while, it seemed like an eternity, he came back. We asked him if he was ok. He said yes and then we put the video back on. It was some Disney animated movie video. After about 10-15 minutes, our friends and neighbors came into the room. We, the parents, left the kids in the room watching the video and went to discuss the next steps with the detectives and the SATC.

We were told what had happened and that the kids told them a great deal of what they already knew from Adam. They could not tell us what was said, because it could create a problem with the case. We asked if it was possible for Adam to get out of jail before the trial. They did not think so, but they don't make those decisions. It was decided that my wife and my friend's wife, would go and put an injunction against Adam, so that he could not get within so many yards of our kids. We were told how to do that and also told that the press might get wind of this case because it is a sex crime. We all wanted to be informed of the case as it unfolded and wanted to know what was going on at all times. They told us if there was information that they could give us, they would contact us. They also wanted us back the next day to have the kids undergo a physical exam to make sure everything was all right with them.

We took our kids home and decided that it would be best to proceed with life as normal as possible for the kids. They were the victims and not at fault. We tried to speak with our son, but he was too embarrassed to talk about it. Within a couple of days, we went to the courthouse to petition for an injunction. We were told that Adam would be there to defend himself. We were also told to be prepared, because once they filed the charges against Adam, the press would want to know more information. They also wanted to have coverage with his picture in case there were other victims. A couple of days later, the paper arrived and Adam's picture was there. My friend and I were coaches in our sons' football program. We knew many people and coached many of their kids. Many of these people also knew Adam. Many did not know him but new his face. As soon as the paper came out with the picture, many people approached us about it and

Page 1 of 7

## Victim Impact Statement

wondered what had happened. My friend had to deal with this more because Adam also worked with his construction company. We tried very hard to protect each others kids by not involving them. It was much easier to protect my son than it was to protect their son from all the questioning that came. After all, Adam worked for him and was closer to his family then anyone else. Many people did not know how close we were to each other.

When we went to file the injunction, Adam was there as expected. Our wives' petitioned the court and Adam concurred with their statements. The judge had no problem imposing the injunction with no time limit. We had taken the kids to school while we went to court. Afterwards, we went to lunch together and told each other that we were sorry for what happened and that we will do what we can for each other. We were told at the SATC that most friendships break apart and many people move when things like this occurred. While we are still friends today, I can see how this could easily happen. Our course of action with our son was to not run away from life but to confront it. We felt that this was more important than to change our lives and start new. We felt our son would be stronger for this, so we decided to stay the course and get on with our lives. After lunch, our friends left. He had to go to work and she had things to do. My wife and I were going to pick up the kids from school and bring them home. Before we got to the school, our neighbor called and said that a TV crew was there and they were trying to get interviews with us. She would not answer the door and told us to stay away. She would call us when they were gone.

My wife and I had to tell our work supervisors what had happened so that we would be able to get off of work when needed without too many questions or without jeopardizing our jobs. My wife worked for BSO and they worked great with her on this. It was not known by anyone at her workplace unless she told them. The company I worked for also granted me the time I needed. I don't think they knew how to react to this situation, although I am sure that they contacted the HR department for guidance afterwards.

That night, the TV crews had a story about two moms from our area who filed an injunction to protect their kids from the person arrested for sex crimes previously reported. This was on every local news channel during the 5:00 news, the 5:30 news, the 6:00 news, the 6:30 news, the 7:00 news and the 11:00 news. It was also repeated a few times over the next few days. Our football practice was at 6:00. Those that approached after practice wanted us to know how sorry they were and that if we needed anything to let them know. One parent called me during the 5:00 news and asked if everything was ok. After practice, she told me that many parents were talking and she and a few others told them that they needed to keep it quiet and to themselves. What would they think if it was their kid? They all agreed and were pretty much quiet about the whole thing. Besides coaching football, my friend and I were also board members of our Optimist club. Only a few of them knew we were close and they also approached me and offered support. We were very fortunate to have friends that were there for us if we needed them.

As time went on, we had to attend counseling sessions at the SATC. This involved our older son as well. We told him what had happened the day we got back from the SATC with the first interview. He was 14 at the time and we were concerned that something may have happened with him. He assured us it did not. He was very pissed off when he heard. He had worked with Adam in construction over the summer and thought of him as a friend. We all had thought of him that way. We went to counseling every week for quite some time. My older son was the first to conclude his counseling. He told us he mostly had to learn to deal with his anger towards Adam.

Over the next 11 months, we were in and out of the District Attorney's office and the SATC. We were starving for more and more information on the case, the victims of similar crimes, and everything else that goes along with stuff like this. It is still hard to describe what this is. Sexual crime, Child Pornography, Sexual Abuse, Rape, Sexual Assault, whatever you call it, it was done to little boys somewhere between 6 and 8 years of age. Adam finally got 40 years on a plea. It was not enough, but it was chosen over seeing my son having to testify on the witness stand. Strange how a witness stand is called that, when many times it is also

Page 2 of 7

## Victim Impact Statement

the victim that is called to testify against the accused to bear witness for the court. Maybe it should also be called something to the effect of a "Remember the horror you lived through and now many months later relive what you are hoping to forget so you can get on with your life" stand.

And now, four years later, we are asked to write a victim impact statement so that a jury can understand what a victim goes through. Four years later, we may be asked to appear before a court and explain just that, if the court for some reason does not accept these written words and must hear directly from the victims before the court on a "witness stand." I, however, do not mind telling the story, but I must ask that my son's identity be protected by the court. He is not ready to be put on display. He wants to forget the whole thing ever happened, but how can he? His hundreds of pictures are still being seen on the World Wide Web by people like the defendant. Why would any person want to see these kinds of pictures unless they are turned on by them? Imagine that. Are you sexually aroused by seeing pictures of children performing sexual acts with adults or with each other? I am talking about children. You know the kindergarten kind. The first grader, second grader, third grader. The ones who haven't even gotten to puberty yet. Or maybe they have just begun puberty, but do you get sexually excited looking at those pictures? Is it enough for you to masturbate with? I am sorry for being so graphic, but it is a reality we unfortunately have to deal with. Put these people away forever. There is no healing for this.

Now that you understand the physical logistical changes that previously occurred in our lives, maybe you can better understand what we went through emotionally. The fear, shock, and awe, followed by sadness, anger, remorse, regret, terror, paranoia, and horror we felt when those two detectives knocked on the hurricane panels. What do they want? Why are they here at this hour? Are your parents ok? Are my parents ok? Did someone die and could not reach us after the hurricane? No, they are just going to tell us that our son was sexually molested over the past year or two by a good friend of ours. No way. Are you serious? Of course they are, why would they make this up? Oh My God!!! Our little boy. Our baby. Where is this monster now? Can he get out of jail? Can you let him out and tell me when and where? God I want to kill him. Wait detectives, tell us again because we did not fully comprehend what you just said. Our son was or could have been sexually molested by Adam, a good friend of ours. And he probably did the same to our other good friends and neighbors. Wow. All that from just the detectives coming over.

That night. Tears, questions, more tears, what do we do, more tears, we are lost. Can't sleep. Maybe a little. Whatever sleep we got it wasn't a sound sleep. Who can we talk to for advice? Who can we confide in tonight. No one. For tonight, we are all alone.

The next day. I Lie to my son. I never lie. I believe that no matter whatever happens in your life, the only sure thing you can control is your word. Keep it always. I preach this to my kids and now I am going to lie to my son so that he is not fearful of us knowing something is up. We go to the SATC. We are quiet. We don't know what to say or do while we are waiting. We know our good friends are here somewhere too. How are they? I am very concerned for them as well, but can't talk to them yet. I am sure that they feel the same way. How are they going to react? I hope they don't think it is their fault even though Adam was their good friend first and we trusted their judgment initially to leave our son with them. No, I don't really believe that but all kinds of crazy thoughts are entering my head now. I wonder if they knew and were part of it. No, that really sounds ridiculous. They wouldn't do that. Would they? Finally, the officer is here. My son seems ok with this, but very unsure. I don't know what to say or do. What kind of a father am I? I should know what to do. I am supposed to have protected him. I told him I would. Damn. I am a terrible person for allowing something this terrible to happen to my son. My son goes off for his interview. The SATC comes in and talks with us about what is happening and that we are not the only ones to go through this. It isn't our fault nor is it our son's fault. He and us are victims of a sex crime. They are there to help us. Thank God. Someone to tell us what to do. Please be good and do the right thing. I hope these people really know what they are doing because I really haven't got a clue. They explain the chain of events that may

## Victim Impact Statement

follow. They also give us information about these types of cases. They set up counseling sessions. They give us information about coping. Good. Something to tell me something. I am thirsting for knowledge on the subject. Can't read it now though, our son is back. We are joined by our friends and their kids. Us parents go and talk to the people in the know and get the rundown of what basically happened. Our kids were sexually abused by Adam and he was apprehended after information came through the internet crimes division. I didn't know we even had an internet crimes division at the time. Even though this division only had a handful of people for all of Florida. That is all. That sucks. They, in turn, acted quickly to obtain a search warrant which prompted the arrest of Adam. Through their investigation with Adam, he confessed to having committed certain things with the kids. Adam had hundreds of pictures and many videos of our kids with and without Adam and had sent them to others in a chat room. The Son of a Bitch. They wanted to gather information of what we knew of Adam and get a better background of everything. What others he may have been in contact with, etc.

We spend some time with our friends and console each other and talk with the SATC people before we go back to the kids. We decide that the best course of action for all of us would be to try and keep things as normal as possible. We no longer know at this point what is normal, but we figured to just keep doing what we were doing.

I call my sister in Ohio. She works with Children's services. She is a social worker. She will be confidential and get me the real information I need. How do I know if the information from the SATC is really any good. I need more advice.

We get home. We talk with our son along the way and again at home to let him know that he didn't do anything wrong and if he wants to talk with us we are there for him. How can we say this? If we were there for him it never would have happened. Anger is a strong feeling that continues to come back even through today. We try to make life as regular as before. Continue as normal with school and football just like nothing bad happened.

New things come up. My wife and I can't have sex for quite a while. We are repulsed by our imagination of what may have happened with our son. You see we don't really know what happened or what was in the pictures. Just that there were pictures and something happened. We try to talk through it but we just can't. My wife reveals to me for that she was molested by a teacher when she was a child. Holy Sh*t. She never told anyone but now certain feelings or images come to mind when we do certain things. Oh My God. Is this going to happen to my son? Was he ever touched by anyone else besides Adam? Now it becomes clear. I can't trust any of my friends or relatives. I become suspicious of everyone. I read the material by now and find that many child sex cases involved incest. Has my older son been involved? My wife? My friends? My brothers or sisters? Everyone I come in contact with has now become a potential child sexual predator with internet pictures and video of my son. Wow, I am paranoid. Better to be paranoid and my son safe than to ever let this happen again. I am still over cautious to this day. In fact, I became responsible for doing background checks on the volunteers in our Optimist program. I know it isn't a sure thing. After all, Adam had no prior record so it wouldn't have done a thing, but it made me feel better that at least something was being done.

Now my family is under suspicion but I can't let my paranoia cripple me. As time goes by, I start to ease up. I start going to counseling at the SATC. They of course ask, how do I feel about this? What the H? How do you think I feel? Nevermind, don't say that. I feel awful. I feel guilty, I feel shocked still. I don't sleep well at night and we also have a sex problem. We decide it is best to see the counselor, separately. I find out that we have a big communication problem. Well, I knew that already, but I did not know how it affected my family. I would leave the counseling session feeling relieved and good only to turn angry later on. I was mad at myself and my wife. We had a lot of healing we needed to do. I had a lot of healing I needed to do. This took a few weeks for me to realize. I had things that I kept inside of me that I needed to

Page 4 of 7

## Victim Impact Statement

discuss with someone and my wife is not always the person to discuss it with. Nor is she the one I need to vent to. We get angry at a lot of things and then take them out on the ones closest to us. This is something I had to change for myself. You could say that good came from this terrible event, but it wasn't the criminal act that brought on the good. The good was brought out by the people that work for the SATC, BSO, and the DA's office.

I fear now that my child will never be able to put the past behind him. That his picture will show up somewhere on the internet. I fear that he will not turn out ok. That he will be on a date with a girl he loves and not be able to behave properly or be able to fully express his love because of the events that occurred when he was between 6 and 8 years old. I fear that somewhere down the line, his picture will again surface somewhere and force him to deal with this all over again and he won't be able to handle it.

I am angry that there are organizations out there who call themselves the North American Man/Boy Lover's Association (NAMBLA). I am angry that sexual crimes against children are not given the death penalty. I am angry that people think therapy will help these criminals. They are beyond help. They are the world's best manipulators.

We helped this guy do what he did because we did not recognize what he was doing. He was a great con artist. We trusted him. My son trusted him because we trusted him. He used that against us. My son thought that it was ok because Mom & Dad trust him so he should too. If he wants me to do something and I see other people doing things on the internet then it must be ok or Mom & Dad would not have him here. If others do it, and he gives me something for doing it then why not. Adam got my son to do things because it is easy to trick people who trust you. So now I trust very few people.

The question was "How has it changed my life?" How has it not is my reply. There is so much more I can say. I just am afraid to say more for fear that you will not take the time to read the words I have taken the time to write. After all, I am only a victim.

**Has this crime affected your ability to perform your work, make a living, run a household, go to school or enjoy any other activities you previously performed or enjoyed?**

I don't know if this has made a real affect or if I just don't think it has. Prior to this crime, I had worked in three career jobs. The first job was for 18+ years. The second job was for five years and I left it to go back to the first job. The third job I was in for four years. This crime happened during my third job. I was there for another year. Then I held another position for 4 months before beginning another. The next job was for just under a year. Now I am substitute teaching, while looking for another job.

I have refinanced my house and also taken out an equity loan. These were done to make bill payments. Previously, I refinanced my home once to purchase a new air conditioner, remodel our bathroom, and put tile and new carpeting throughout my current home. I also refinanced my home when we redid our pool and resurfaced our pool deck and front walkway.

Before Adam violated our lives, I was very heavily involved in my community. I ran our soccer program for our city. Our program was the largest in the Optimist club with about 1400 children. I was involved in the Baseball, Basketball, and Football programs as well. I coached my kids in every sport and spent numerous hours volunteering for the Optimist program. Now I only coach football and do the background checks.

I have also gained about 50 pounds.

Statement prepared by and for 

_____   6/5/08
Signature                 Date

## Victim Impact Statement

6/12/2010

Here I am almost two years to the date, since I first wrote my Victim Impact Statement. I decided to add an addendum because there have been over 50 court cases involving my son in the past two years. In the past few weeks, about a 15 cases have been brought to our attention from US District Attorneys offices in Florida, Georgia, Texas, Indiana, New York, Minnesota, Nevada, Hawaii, and others. Every single one of these cases is a travesty in itself as long as one single picture of one single child is involved in any sexual case. Here I am, still haunted by a memory that will never fade. Just when you think it might be over, another one comes along. How do I find out about these? These letters arrive in the mail from the USDAO to inform us of what is going on. Why do I get these? I choose to be informed about anything that involves my family. I will never be blindsided again. The problem is that I fear my son will be bringing the mail one day and just be destroyed.

About two to three weeks ago, I spoke to him about these cases. I wanted to know if he wanted to help put these guys away. I told him that he could write a statement explaining how he felt and what he went through when it happened so that the judges and juries in this world will get to hear about it first hand from an actual victim who survived. I asked him if he wanted to talk about it and he got very angry. I told him that I would still get this kind of information because I needed to know. I don't know why I want to know but I just need to know. I want to do something about it but I don't know what. He again got very angry and said he did not want to know anymore about it. He did not want to talk about it. He did not want me to ask him or tell him anything about these cases or about what he went through. It was the most upset I have ever seen him get. I was stunned at his reaction. You see, he is not a kid anymore. He is growing into a young man. He is 14. He has grown quite a bit since this happened. He does not look at things like an innocent child who can be caught off guard. He is working out with weights. I don't think he ever wants to be put into a situation where he cannot defend himself. My concern is not the physical defense that he will have but rather the emotional and psychological effects that may come about one day. It seems to me, that he has never dealt with what happened but rather tried to just put it out of his mind. The reaction he gave me when I asked him about these cases leads me to believe this. I told him I was sorry for bringing these thing sup and that I would not ever do this again. I also told him that if he ever needs me to be there for him, I will be this time. I told him that I love him. With that, I ended the discussion and we moved on to something else.

These cases are all about the same story. Some perverted individual gets off on sexual acts involving children. Each one comes with information about the victim's rights and what action the victim can take to help in a case if the victim wishes. It says that the victim can petition for restitution. I don't quite understand this one. What is the expense incurred for pain and suffering? I can understand petitioning to be reimbursed for expenses incurred, but what expense does one incur in the knowledge that you or your child must bear the burden of being victimized by SCUM for the rest of your lives? How is it that we are victimized for the rest of our lives? Every case is a permanent testimony that your life is about to be turned inside out again. Knowing that not only has your child has been victimized by someone you have never met or seen or even heard of before, but that you are going to get this sick feeling in the pit of your stomach again. The only solace is that maybe the judge or jury will not let this one get away with it. Maybe they will stand for the victim(s). Maybe, just maybe, this SCUM of a person will actually get the death penalty or if you don't believe in the death penalty, life in prison with no chance of parole. Whoever the defendant is, this SCUM of a person has an attorney to defend them. What or who did the defendant have to defend them? Some of the evidence is so grotesque, you can't help but wonder if it is real. I can tell you it is. My son would tell you also, but he cannot do that yet. I wonder why? Perhaps it had such an effect on him that he can only run from it and not face it. Thanks SCUM. Perhaps it is the knowledge that it will never end. Is there a price for Restitution on that? I said in my original statement, that I feared "That his picture will show up somewhere on the internet." Well it did; many times over in just two years thanks to SCUM like the defendant, who has an

## Victim Impact Statement

attorney is their corner to defend them. I understand that an attorney is needed to provide for a fair trail, to defend those might be innocent, but what is innocent about have a child's picture either on your computer, printed out, in a video, or whatever. This is not an innocent act that this adult defendant has done. Well, maybe it is the first time this defendant has ever done or had anything like this. It might have been Adam's first time also, but think hard about this. It could also be the first time this child has been a victim of a sexual crime at the age of ……does it really matter what this pre-pubescent child's age is? Maybe the child needs to be victimized more than once for there to be a harsher penalty. Maybe the child needs to have been photographed or videoed in multiple pictures or filmed doing unspeakable acts in order to say, "Hey, let's not let this SCUM of a person off so easy this time." How many pictures does one need to have before we say, "OK, the SCUM was only checking it out, the SCUM was just curious." Come on, how many times, does a victim need to be a victim or victimized before you say, "That's it. You get the death penalty or life in prison with no chance of parole." My son happens to be alive. What about those who are not identified in pictures or on videos? Where are they? Are they at home with their family, growing up to lead a normal life or did they just disappear? Are we doing our part to stop this by not severely penalizing the true SCUM of the earth? If you do not do your part then this problem will continue to grow. I AM A VICTIM OF A SEX CRIME. My son has been violated. I am real. My son is real. Putting the SCUM away will NEVER change that, but it is one step closer to saving someone from being a potential victim. RESTITUTION? I don't believe that any amount of money will ever give the innocence back to a 6 year old boy who is now 14, but maybe it will help him get the kind of help he will need when he finally comes face to face with his NIGHTMARE. His dad may not be there when that time comes and hopefully it won't prevent him from having a life filled with Love and children of his own.

Statement prepared by and fo████████████ June 13, 2010.

████████████     6/13/2010
Signature                Date

PS-Something I left out that victimizes me and my wife a few times every year. The discovery of the events with Adam and the subsequent hearings and statements all occurred on special dates. They are the anniversary of our first date, our wedding, and our birthdays. All because of something someone did to my child for the first and hopefully only time ever.

Dear Your Honor,

My name is ▓▓▓▓▓▓▓ and I am making this statement on behalf of myself and all those who have suffered under similiar circumstances. At a young age i was taken advantage of by a man introduced to my family through a counseling company. Pictures were taken of me and uploaded onto the internet and it ruined my life.

When all this came to light, i was shunned by my community. I lost all my friends and recieved death threats and other types of harsh recourse. I was 14 at the time. I was basically kicked out by my mom and was forced to move to Texas with my dad. But even though i was in a new place, all my family looked at me like some sort of freak. I lived under mild neglect until i was of age, when once again i was kicked out. Ive tried to forget the nightmare that has been my life, and i know that its impossible to escape my past. I have been both physically and mentally traumatized by the event. I have never been able to recieve either counseling or any kind of medical help for the things that happend to me. I find it very hard to even think about, let alone talk about. Not a week goes by where i don't have nightmares. It feels hard to live somtimes.

I recieved a certified letter a couple months ago. this letter told me i was a victim in a federal crime. It wasn't until i sent it in that i knew how many crimes. After i started recieving the notification letters i finally understood how bad my situation really is. I have recieved notification from every state in the union. These pictures of me are everywhere and will never go away, no matter how much i run from them. Now at age 24 i've decided to stop running. I feel the only thing i can do, is try to help justice prevail for myself and all the others. I know that i can never make it go away or bring true justice for myself, but i feel i should try.

I know that thier isn't a price that can be put on ones pride or livlihood, but i feel i should seek some restitution for myself. I wish to have proper medical examinations and counseling for my depression and reacurring nightmares. I even belave that my depression has resulted in holding me back most my life. I wish to seek at least $10,000 dollars to help get myself better and on a track to lead a better life. These picures have taken everything from me, before any opportunities were available in my life. Im tired of living in fear and being unhappy. I just want to live a normal life.

These photos are being distrubuted and viewed by many different criminals. Everytime they are viewed and passed on it feels like a knife in my heart. Its very frustrating and demoralizing the know that these pictures will never go away and that people will constantly exploit me for the rest of my life. I hope that this statement will convince you to punish these criminals to the full extent of the law, and i hope that restitution can be paid to all those affected by these crimes.

Thank your Honor for reading my statement. I hope that this will help me and any future victims of the horrific crimes.

Feb '07

## Victim Impact Statement for the School-Aged Child

What is your name? ██████████
How old are you? 13    What grade are you in? 8 grade

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I Mett him at a fair and the next I met him year through my brother Then we yans out at his House. bill told one of them to get me involved whit it.

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

it makes me feel in bembarressed and I dount like people haveins me on the internet.



What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

20 year in Jail

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.

*Some people don't forget*

Is there anything else you would like the judge to know about how you feel because of what has happened to you?

*Tortured*

## Victim Impact Statement for the School-Aged Child

What is your name? ███████
How old are you? 12    What grade are you in? 7

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and the next yea we nett through a friend. hanguout at his house. he told the other kids to get us involved

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring:

makes me feal embaressted
don't really tell any body
don't like to tall to police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

humped to deth by a horse and make the bet aids and die

Request Date: 05/31/2012

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you. Don't have any

Is there anything else you would like the judge to know about how you feel because of what has happened to you? that they all should get hump by a horse and get aids and get stds and all the other kinds of sicknessis in the world