1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

2

              11-14065-CR-MOORE/LYNCH

3

4

THE UNITED STATES OF AMERICA, )

5                       )
         PLAINTIFF,    )

6                       )
     VS.           )

7                       )
OSCAR R. QUINCOCES,      )

8                       )
         DEFENDANT.   )

9 _____)

10           (TRANSCRIPT BY DIGITAL RECORDING)

11

12       TRANSCRIPT OF ARRAIGNMENT ON SUPERSEDING INFORMATION

13 AND CHANGE OF PLEA HAD BEFORE THE HONORABLE FRANK J. LYNCH,

14 JR., IN FORT PIERCE, SAINT LUCIE COUNTY, FLORIDA, ON FEBRUARY

15 13, 2012, IN THE ABOVE-STYLED MATTER.

16

17

APPEARANCES:

18

FOR THE GOVERNMENT:   SHANICK M. MAYNARD, A.U.S.A.

19                    500 SOUTH AUSTRALIAN AVE., SUITE 400
                    WEST PALM BEACH, FL 33401 - 561 209-1069

20

FOR THE DEFENDANT:   FLETCHER PEACOCK, A.F.P.D.

21                    109 NORTH 2ND STREET
                    FORT PIERCE, FL 34950 - 772 489-2123

22

                CARL SCHANZLEH

23             OFFICIAL COURT REPORTER
               U. S. COURTHOUSE

24           299 E. BROWARD BLVD., 202B
          FORT LAUDERDALE, FLORIDA 33301

25             954 769-5488

1  (FORT PIERCE, SAINT LUCIE COUNTY, FLORIDA;  FEBRUARY 13, 2012,

2  IN OPEN COURT.)

3        THE COURT:  WE HAVE ONE MORE CHANGE OF PLEA.  UNITED

4  STATES OF AMERICA VERSUS OSCAR R. QUINCOCES, 11-14065-CR-MOORE,

5  SUPERSEDING.

6        MS. MAYNARD:  GOOD MORNING, YOUR HONOR.  SHANICK

7  MAYNARD ON BEHALF OF THE UNITED STATES.

8        THE COURT:  GOOD MORNING, MA'AM.

9        FIRST OF ALL WE ARE GOING TO GET THROUGH THE

10  ARRAIGNMENT ON THE INFORMATION, THE SUPERSEDING INFORMATION,

11  AND HAVE MR. QUINCOCES ADVISED OF THE CHARGES.  THEN

12  MR. PEACOCK WILL ENTER A NOT GUILTY PLEA IN CASE THE CHANGE OF

13  PLEA HEARING DOES NOT GO THROUGH AND THEN I WILL PROCEED WITH

14  THE CHANGE OF PLEA HEARING.

15        GOOD MORNING, MR. PEACOCK.

16        MR. PEACOCK:  GOOD MORNING, YOUR HONOR.

17        THE COURT:  GOOD MORNING, MR. QUINCOCES.

18        THE DEFENDANT:  GOOD MORNING.

19        THE COURT:  WOULD YOU RAISE YOUR RIGHT HAND FOR ME,

20  PLEASE.

21        (DEFENDANT SWORN)

22        THE DEFENDANT:  YES.

23        THE COURT:  WILL YOU STATE YOUR FULL NAME FOR THE

24  RECORD, PLEASE?

25        THE DEFENDANT:  OSCAR RUBIN QUINCOCES.

```
 1            THE COURT:  HAS A COPY OF THE SUPERSEDING INFORMATION
 2  BEEN GIVEN TO HIM?
 3            MS. MAYNARD:  YES, YOUR HONOR.
 4            THE COURT:  MISS MAYNARD, IF YOU WOULD TELL ME THE
 5  CHARGES, THE POSSIBLE MAXIMUM PENALTIES, PLEASE.
 6            MS. MAYNARD:  THE DEFENDANT IS CHARGED IN THE
 7  SUPERSEDING INFORMATION IN COUNT ONE WITH ATTEMPTING TO
 8  PERSUADE, INDUCE, ENTICE, AND COERCE A MINOR TO ENGAGE IN
 9  SEXUAL ACTIVITY IN VIOLATION OF TITLE 18, UNITED STATES CODE,
10  SECTION 2422(B).
11            IN COUNT TWO THE DEFENDANT IS CHARGED WITH PERSUADING,
12  INDUCING, ENTICING, AND COERCING A MINOR TO ENGAGE IN SEXUAL
13  ACTIVITY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION
14  2422(B).
15            FOR THESE CHARGES HE FACES A MAXIMUM PENALTY OF 1O
16  YEARS TO LIFE IMPRISONMENT, UP TO A $250,000 FINE, SUPERVISED
17  RELEASE OF FIVE YEARS TO LIFE, AND A $1OO SPECIAL ASSESSMENT AS
18  TO EACH COUNT.
19            THE COURT:  AND AS TO EACH OF THOSE TWO COUNTS HE IS
20  FACING THE SAME PENALTIES YOU HAVE JUST STATED?
21            MS. MAYNARD:  YES, SIR.
22            THE COURT:  OKAY.  MR. QUINCOCES, DO YOU UNDERSTAND
23  THE CHARGES AGAINST YOU IN THE SUPERSEDING INFORMATION AND THE
24  POSSIBLE PENALTIES YOU ARE FACING AS TO EACH, SIR?
25            THE DEFENDANT:  YES.
```

 1          THE COURT:  I HAVE A WAIVER OF INDICTMENT IN FRONT OF

 2  ME.

 3          THIS SIGNATURE ON THE TOP LINE THERE, IS THAT YOUR

 4  SIGNATURE, MR. QUINCOCES?

 5          THE DEFENDANT:  YES, IT IS.

 6          THE COURT:  DO YOU UNDERSTAND THAT BY SIGNING THAT

 7  WAIVER OF INDICTMENT YOU ARE NOT ADMITTING THE CHARGES IN THE

 8  INFORMATION, YOU ARE SIMPLY ALLOWING THE GOVERNMENT TO FILE

 9  THAT DIRECTLY AGAINST YOU AS OPPOSED TO TAKING THE MATTER BACK

10  TO THE GRAND JURY?

11          THE DEFENDANT:  YES.

12          THE COURT:  I WILL SIGN THAT.

13          MR. PEACOCK, YOU CAN GO AHEAD AND ENTER A PLEA AT THIS

14  TIME AND THEN WE WILL PROCEED WITH THE CHANGE OF PLEA.

15          MR. PEACOCK:  THANK YOU, YOUR HONOR.

16          WE HAVE RECEIVED A COPY OF THE SUPERSEDING

17  INFORMATION, WE WOULD WAIVE FORMAL READING, WE WOULD ENTER A

18  PLEA OF NOT GUILTY TO BOTH COUNTS.  WE WOULD -- I WILL STAND ON

19  THAT, YOUR HONOR.

20          THE COURT:  ALL RIGHT.  PENDING THE CONCLUSION OF THE

21  CHANGE OF PLEA HEARING WE ARE GOING TO GO INTO NEXT, I WILL

22  ACCEPT THE NOT GUILTY PLEA, THE CASE WILL REMAIN SET FOR A JURY

23  TRIAL, AND MY STANDING DISCOVERY ORDER REMAINS IN EFFECT, AS

24  WELL AS MY STATUS CONFERENCE ORDER SHOULD A CHANGE OF PLEA NOT

25  BE COMPLETED TODAY.

```
 1              AS TO THE CHANGE OF PLEA.  I HAVE A WRITTEN PLEA
 2    AGREEMENT.  THERE IS NO FACTUAL BASIS?
 3              MS. MAYNARD:  THAT'S CORRECT, YOUR HONOR.  IT WILL BE
 4    VERBAL.
 5              THE COURT:  OKAY.  MR. QUINCOCES, THIS TECHNICALLY IS
 6    A NEW HEARING SINCE WE CONCLUDED YOUR ARRAIGNMENT.
 7              SO IF YOU WOULD TELL ME YOUR FULL NAME AGAIN, PLEASE,
 8    SIR?
 9              THE DEFENDANT:  SURE.  IT'S OSCAR RUBIN QUINCOCES.
10                            EXAMINATION
11    BY THE COURT:
12    Q.  AND I PLACED YOU UNDER OATH, SIR, JUST A COUPLE MINUTES AGO
13    BEFORE YOUR ARRAIGNMENT ON THE SUPERSEDING INFORMATION, IS THAT
14    CORRECT?
15    A.  YES.
16    Q.  YOU UNDERSTAND YOU ARE STILL UNDER OATH, SIR?
17    A.  YES.
18    Q.  I AM GOING TO ASK YOU MANY QUESTIONS.  I KNOW YOU WERE
19    SITTING IN THE JURY BOX WHEN I WENT THROUGH A CHANGE OF PLEA IN
20    AN UNRELATED CASE.  I'M GOING TO ASK YOU MORE QUESTIONS.  IT IS
21    GOING TO BE DIFFERENT QUESTIONS SINCE THERE IS A WRITTEN PLEA
22    AGREEMENT IN YOUR CASE.  BUT I WILL TELL YOU AS I TOLD THE
23    OTHER GENTLEMAN.  IF AT ANY TIME I ASK YOU SOMETHING YOU DO NOT
24    UNDERSTAND OR YOU NEED REPEATED, PLEASE INTERRUPT ME AND LET ME
25    KNOW.  I WILL BE HAPPY TO REPEAT ANY QUESTION OR TRY TO EXPLAIN
```

```
 1  IT TO YOU IF YOU NEED THAT.  ALL RIGHT, SIR?
 2  A.  YES.
 3  Q.  ALSO IF AT ANY TIME YOU NEED TO CONSULT WITH YOUR ATTORNEY,
 4  MR. PEACOCK, WHO IS STANDING IMMEDIATELY TO YOUR RIGHT AT THE
 5  PODIUM, AGAIN INTERRUPT ME, LET ME KNOW AND I WILL GIVE YOU AS
 6  MUCH TIME AS YOU NEED TO CONSULT WITH YOUR ATTORNEY ABOUT THIS
 7  MATTER.  ALL RIGHT, SIR?
 8  A.  YES.
 9  Q.  DO YOU UNDERSTAND, SIR, THAT YOU ARE NOW UNDER OATH AND
10  THAT IF YOU ANSWER ANY OF MY QUESTIONS FALSELY YOUR ANSWERS MAY
11  LATER BE USED AGAINST YOU IN ANOTHER PROSECUTION FOR PERJURY OR
12  MAKING A FALSE STATEMENT?
13  A.  YES.
14  Q.  DO YOU UNDERSTAND THAT I AM CONDUCTING THIS CHANGE OF PLEA
15  HEARING PURSUANT TO AN ORDER OF REFERENCE FROM THE DISTRICT
16  COURT?
17  A.  YES.
18  Q.  DO YOU UNDERSTAND THAT I AM CONDUCTING THIS CHANGE OF PLEA
19  HEARING AT THE REQUEST OF YOUR ATTORNEY, THE GOVERNMENT
20  ATTORNEY, AND YOU?
21  A.  YES.
22  Q.  DO YOU UNDERSTAND THAT I AM A UNITED STATES MAGISTRATE
23  JUDGE AND WILL NOT BE THE JUDGE IN DECIDING WHAT SENTENCE TO
24  IMPOSE IN YOUR CASE?
25  A.  YES.
```

```
 1   Q.  DO YOU UNDERSTAND THAT I WILL ONLY BE ACCEPTING YOUR GUILTY

 2   PLEA IN THIS CASE IF YOU SO CONSENT.

 3   A.  YES.

 4   Q.  DO YOU UNDERSTAND THAT THE DISTRICT JUDGE ASSIGNED TO YOUR

 5   CASE WILL MAKE ALL DECISIONS CONCERNING THE SENTENCE TO BE

 6   IMPOSED IN YOUR CASE AND WILL PRESIDE OVER THE SENTENCING

 7   HEARING IN YOUR CASE?

 8   A.  YES.

 9   Q.  DO YOU UNDERSTAND THAT IF YOU CONSENT TO MY ACCEPTING YOUR

10   CHANGE OF PLEA AND TAKING YOUR GUILTY PLEA THIS MORNING THAT

11   YOU ARE GIVING UP OR WAIVING YOUR RIGHT TO REQUIRE THE DISTRICT

12   JUDGE TO TAKE YOUR CHANGE OF PLEA?

13   A.  YES.

14   Q.  ALL RIGHT.  MR. QUINCOCES, DO YOU CONSENT TO MY TAKING YOUR

15   GUILTY PLEA THIS MORNING, SIR?

16   A.  YES.

17            THE COURT:  MR. PEACOCK, DO YOU CONSENT?

18            THE DEFENDANT:  YES, YOUR HONOR.

19            THE COURT:  MISS MAYNARD?

20            MS. MAYNARD:  YES, YOUR HONOR.

21            THE COURT:  THANK YOU.

22   BY THE COURT:

23   Q.  MR. QUINCOCES, HOW OLD ARE YOU, SIR?

24   A.  FORTY-SIX.

25   Q.  HOW FAR DID YOU GO IN SCHOOL?
```

```
 1    A.   THE 12TH GRADE.

 2    Q.   YOU CAN READ, WRITE, AND UNDERSTANDING ENGLISH?

 3    A.   YES.

 4    Q.   HAVE YOU UNDERSTOOD ALL THE PROCEEDINGS FROM THE DAY OF

 5    YOUR ARREST UP THROUGH TODAY, SIR?

 6    A.   YES.

 7    Q.   HAVE YOU BEEN TREATED RECENTLY FOR ANY MENTAL ILLNESS OR

 8    ADDICTION TO NARCOTIC DRUGS OF ANY KIND?

 9    A.   NO.

10    Q.   ARE YOU CURRENTLY UNDER THE INFLUENCE OF ANY DRUG,

11    MEDICATION, OR ALCOHOLIC BEVERAGE OF ANY KIND?

12    A.   JUST PRESCRIPTION MEDICATION I TAKE.

13    Q.   WHAT IS THAT?

14    A.   FOR HEART AND BLOOD PRESSURE.

15    Q.   DO YOU KNOW THE NAMES OF THE MEDICATION?

16    A.   YES, I DO.

17    Q.   CAN YOU TELL ME THEM?

18    A.   IT'S SINAPRIL, METOPROLOL, NORVASK, ZOCOR, AND SOME

19    ASPIRIN, AND ZANTAX.

20    Q.   OKAY.   AND WHAT DO THEY DO FOR YOU?  DO THEY --

21    A.   I HAD OPEN HEART SURGERY.  SO IT'S PART FOR MY HEART, PART

22    FOR MY BLOOD PRESSURE.

23    Q.   OKAY.   AND HAVE YOU TAKEN YOUR MEDICATIONS TODAY AS THEY

24    ARE PRESCRIBED?

25    A.   YES.
```

 1  Q.  DO THEY AFFECT YOUR ABILITY TO UNDERSTAND YOUR

 2  SURROUNDINGS, WHAT YOU ARE DOING, OR YOUR ABILITY TO HANDLE

 3  YOUR BUSINESS?

 4  A.  NO.

 5  Q.  OKAY.  SO YOU FULLY UNDERSTAND WHAT WE ARE DOING HERE

 6  TODAY?

 7  A.  YES.

 8  Q.  OKAY.  HAVE YOU REVIEWED WITH YOUR ATTORNEY ALL OF THE

 9  DOCUMENTS AND DISCOVERY IN THIS CASE?

10  A.  YES.

11  Q.  HAVE YOU RECEIVED A COPY OF THE SUPERSEDING INFORMATION

12  WHICH WE JUST ARRAIGNED YOU ON, AND HAVE YOU FULLY DISCUSSED

13  THOSE CHARGES IN THE CASE IN GENERAL WITH YOUR ATTORNEY?

14  A.  YES.

15  Q.  ARE YOU FULLY SATISFIED WITH THE COUNSEL, REPRESENTATION,

16  AND ADVICE GIVEN YOU IN THIS CASE BY YOUR ATTORNEY?

17  A.  YES.

18  Q.  IS YOUR WILLINGNESS TO PLEAD GUILTY THE RESULT OF

19  DISCUSSIONS THAT YOUR ATTORNEY, MR. PEACOCK, HAS HAD WITH THE

20  ATTORNEY FOR THE GOVERNMENT, MISS MAYNARD, WHICH HAS RESULTED

21  IN THIS WRITTEN PLEA AGREEMENT I HAVE IN MY HAND?

22  A.  YES.

23  Q.  DID YOU HAVE AN OPPORTUNITY TO COMPLETELY READ THIS PLEA

24  AGREEMENTS, REVIEW IT WITH YOUR ATTORNEY, AND HAVE HIM ANSWER

25  ALL OF YOUR QUESTIONS BEFORE YOU SIGNED IT?

1  A.  YES.

2          THE COURT:  I RECOGNIZE ON THE SIGNATURE PAGE

3  MISS MAYNARD'S SIGNATURE AND MR. PEACOCK'S SIGNATURE.

4  BY THE COURT:

5  Q.  ON THE LAST LINE, MR. QUINCOCES, ON THE SIGNATURE PAGE OF

6  THE PLEA AGREEMENT IS THAT YOUR SIGNATURE, SIR?

7  A.  YES, IT IS.

8  Q.  I AM GOING TO ASK YOU CERTAIN QUESTIONS FROM THIS PLEA

9  AGREEMENT.  I AM NOT GOING TO READ IT WORD FOR WORD INTO THE

10  RECORD SINCE THE ORIGINAL WILL BE FILED IN THE RECORD.

11          DO YOU UNDERSTAND, SIR, THAT WHATEVER IS IN THIS PLEA

12  AGREEMENT IS A BINDING AGREEMENT UPON YOU AND THE GOVERNMENT

13  WHETHER OR NOT I HAPPEN TO REFER TO IT OR ASK YOU A QUESTION

14  FROM IT?

15  A.  YES.

16  OKAY.  PARAGRAPH ONE OF YOUR PLEA AGREEMENT SAYS THE DEFENDANT

17  AGREES TO PLEAD GUILTY TO COUNTS ONE AND TWO DEGREES TO PLEAD

18  GUILTY TO COUNTS ONE AND TWO OF THE INFORMATION, AND THAT'S THE

19          SUPERSEDING INFORMATION IN THIS CASE, WHICH CHARGES

20  THE DEFENDANT WITH KNOWINGLY AND INTENTIONALLY THE DEFENDANT

21  WITH KNOWINGLY AND INTENTIONALLY ATTEMPTING TO ENTICE A MINOR

22  BY COMPUTER AND BY CELLPHONE TO ENGAGE IN ILLEGAL SEXUAL

23  ACTIVITY IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION

24  2422(B).

25          COUNT TWO CHARGES THE DEFENDANT WITH KNOWINGLY AND

1  INTENTIONALLY ENTICING A MINOR BY COMPUTER AND BY CELLPHONE TO

2  ENGAGE IN ILLEGAL SEXUAL ACTIVITY, IN VIOLATION OF TITLE 18,

3  UNITED STATES CODE, SECTION 2422(B).

4          ARE THOSE THE TWO CHARGES TO WHICH YOU INTEND TO PLEAD

5  GUILTY, SIR?

6  A.  YES.

7  Q.  PARAGRAPH THREE OF YOUR PLEA AGREEMENT STATES THE POSSIBLE

8  PENALTIES YOU ARE FACING.

9          IT SAYS, THE DEFENDANT ALSO UNDERSTANDS AND

10  ACKNOWLEDGES THAT THE COURT MUST IMPOSE A MANDATORY MINIMUM

11  TERM OF IMPRISONMENT OF 1O YEARS, IT MAY IMPOSE UP TO LIFE

12  IMPRISONMENT FOR EACH COUNT.

13          THE DEFENDANT FURTHER UNDERSTANDS AND ACKNOWLEDGES

14  THAT ANY TERM OF IMPRISONMENT MUST BE FOLLOWED BY AT LEAST FIVE

15  YEARS SUPERVISED RELEASE, UP TO LIFE ON SUPERVISED RELEASE.  IN

16  ADDITION TO A TERM OF IMPRISONMENT AND SUPERVISED RELEASE THE

17  COURT MAY IMPOSE A FINE OF UP TO $250,OOO.

18          THE DEFENDANT UNDERSTANDS THAT THE COURT MAY IMPOSE

19  SENTENCE AS TO EACH CONCURRENTLY OR CONSECUTIVELY.

20          DO YOU UNDERSTAND THAT THOSE ARE THE POSSIBLE

21  PENALTIES YOU ARE FACING AS TO EACH COUNT OF THE SUPERSEDING

22  INFORMATION?

23  A.  YES.

24  Q.  THE DEFENDANT FURTHER UNDERSTANDS, PARAGRAPH FOUR STATES

25  THAT THERE IS A $100 PER COUNT ASSESSMENT, SPECIAL ASSESSMENT,

1  FOR A TOTAL OF $200 WHICH WILL BE ASSESSED AGAINST HIM AND

2  PAYABLE AT THE TIME OF SENTENCING.  IS THAT YOUR UNDERSTANDING,

3  SIR?

4  A.  YES.

5  Q.  PARAGRAPH FIVE STATES THAT YOU ARE FORFEITING ANY RIGHT,

6  TITLE, OR INTEREST YOU HAVE OF CERTAIN ITEMS OF PERSON PROPERTY

7  LISTED IN PARAGRAPH FIVE, AND THAT YOU WILL DO WHATEVER IS

8  NECESSARY TO EXECUTE DOCUMENTS TO TRANSFER OWNERSHIP OF THOSE

9  ITEMS OF PERSONAL PROPERTY TO THE UNITED STATES.  IS THAT YOUR

10  UNDERSTANDING, SIR?

11  A.  YES.

12  Q.  THOSE ITEMS LISTED ARE ONE HTC SPRINT CELLULAR TELEPHONE

13  WITH A SERIAL NUMBER LISTED.  I WON'T READ THE SERIAL NUMBER

14  SINCE THEY ARE DOCUMENTED IN THE PLEA AGREEMENT.  ALSO ONE

15  APPLE IPAD 64GB, ONE APPLE IPOD A1288, ONE HP PAVILION LAPTOP

16  COMPUTER, ONE TOWER COMPUTER, ONE DIGITAL VIDEO

17  DICS-RECORDABLE.

18        THOSE ARE THE ITEMS LISTED.  IS THAT YOUR

19  UNDERSTANDING THAT YOU ARE TO TRANSFER THOSE TO THE GOVERNMENT,

20  SIR?

21        MR. PEACOCK:  YOUR HONOR, MAY I SPEAK TO HIM REAL --

22        THE COURT:  SURE.  TAKE YOUR TIME.

23        (CONFERRING)

24        MR. PEACOCK:  THANK YOU, JUDGE.

25        THE COURT:  OKAY.

1  BY THE COURT:

2  Q.  ARE THOSE THE ITEMS YOU UNDERSTAND YOU ARE FORFEITING?

3  A.  YES.

4  Q.  OKAY.  PARAGRAPH 11 ALSO CONTAINS CERTAIN REQUIREMENTS THAT

5  A CONVICTION IN THIS CASE WILL RESULT IN YOU HAVING TO REGISTER

6  AS A REGISTERED SEX OFFENDER PURSUANT TO FEDERAL LAW AND

7  FLORIDA LAW.  DO YOU UNDERSTAND THAT, SIR?

8  A.  YES.

9  Q.  YOU ARE AWARE OF THAT PROVISION IN YOUR PLEA AGREEMENT SET

10  FORTH IN PARAGRAPH 11 AND DISCUSSED IT WITH YOU ATTORNEY?

11  A.  YES.

12  Q.  DOES THIS PLEA AGREEMENT REPRESENT IN ITS ENTIRETY ALL

13  UNDERSTANDING THAT YOU HAVE WITH THE GOVERNMENT, SIR?

14  A.  YES.

15  Q.  DO YOU UNDERSTAND THE TERMS OF THE PLEA AGREEMENT?

16  A.  YES.

17  Q.  HAS ANYONE MADE ANY OTHER OR DIFFERENT PROMISES OR

18  ASSURANCES OF ANY KIND TO YOU IN AN EFFORT TO INDUCE YOU TO

19  PLEAD GUILTY?

20  A.  NO.

21  Q.  DO YOU UNDERSTAND THAT THE TERMS OF THE PLEA AGREEMENT ARE

22  MERELY RECOMMENDATIONS TO THE COURT AND THAT THE DISTRICT JUDGE

23  ASSIGNED TO YOUR CASE CAN REJECT THOSE RECOMMENDATIONS WITHOUT

24  PERMITTING YOU TO WITHDRAW YOUR PLEA OF DESPITE GUILTY AND

25  COULD IMPOSE A SENTENCE THAT IS MORE SEVERE THAN YOU MAY

 1  ANTICIPATE?

 2  A.  YES.

 3  Q.  HAS ANYONE ATTEMPTED IN ANY WAY TO FORCE YOU TO PLEAD

 4  GUILTY IN THIS CASE?

 5  A.  NO.

 6  Q.  ARE YOU PLEADING GUILTY OF YOUR OWN FREE WILL BECAUSE YOU

 7  ARE GUILTY OF THE CONDUCT SET FORTH IN COUNTS ONE AND TWO OF

 8  THE SUPERSEDING INFORMATION?

 9  A.  YES.

10  Q.  DO YOU UNDERSTAND, SIR, THAT THE OFFENSES TO WHICH YOU ARE

11  PLEADING GUILTY ARE FELONY OFFENSES, AND THAT IF YOUR PLEAS ARE

12  ACCEPTED YOU WILL BE ADJUDICATED GUILTY OF THOSE OFFENSES, AND

13  THAT SUCH ADJUDICATION MAY DEPRIVE YOU OF VALUABLE CIVIL

14  RIGHTS, SUCH AS THE RIGHT TO VOTE, THE RIGHT TO HOLD PUBLIC

15  OFFICE, THE RIGHT TO SERVE ON A JURY, AND THE RIGHT TO POSSESS

16  ANY KIND OF FIREARM?

17  A.  YES.

18        THE COURT:  AS I STATED IN THE BEGINNING THERE IS NO

19  FACTUAL BASIS.  MISS MAYNARD SAID THAT YOU ARE GOING TO STATE A

20  FACTUAL BASIS FOR THE RECORD?

21        MS. MAYNARD:  YES, YOUR HONOR.

22        THE COURT:  GO AHEAD.

23        MS. MAYNARD:  HAD THIS MATTER PROCEEDED TO TRIAL THE

24  UNITED STATES WOULD HAVE PROVED THE FOLLOWING BEYOND A

25  REASONABLE DOUBT.

1            ON OCTOBER 9TH, 2011, IN PALM BEACH COUNTY, FLORIDA,

2   DETECTIVE CHARLES RAMOS FROM THE BOYNTON BEACH POLICE

3   DEPARTMENT WAS WORKING IN AN UNDERCOVER CAPACITY ON LINE

4   PORTRAYING A 15 YEAR OLD MALE ON THE SOCIAL WEBSITE

5   BOYAHOYSCOTT.COM.

6            A SUBJECT USING PROFILE NAME EXPLORE LIFE, LATER

7   IDENTIFIED THIS DEFENDANT, OSCAR QUINCOCES, CONTACTED DEFENDANT

8   RAMOS' 15 YEAR OLD MALE PROFILE.  QUINCOCES PROCEEDED TO ENGAGE

9   IN SEXUALLY EXPLICIT CHAT WITH THE UNDERCOVER.  THE CHAT

10  CONTINUED TO THE FOLLOWING DAY, OCTOBER -- OR THE FOLLOWING FEW

11  DAYS, OCTOBER 11, 2011.

12           QUINCOCES SENT THE UNDERCOVER PICTURES OF HIS OWN

13  PENIS AND ASKED THE UNDERCOVER TO SEND HIM NUDE PICTURES AS

14  WELL.  WHEN THE UNDERCOVER CLAIMED TO BE SHY ABOUT THE SIZE OF

15  HIS PENIS AND SAID HE FELT, QUOTE, WEIRD BEING A 15 YEAR OLD

16  VIRGIN, QUINCOCES RESPONDED BY ASKING IF THE UC HAD DONE

17  ANYTHING WITH ANOTHER BOY AND WHETHER THE UC WOULD WANT TO SUCK

18  OR GET SUCKED.

19           WHEN THE UC SAID HE DID NOT KNOW, QUINCOCES STATED

20  WELL, DON'T RUSH INTO IT.  WE CAN TALK ABOUT STUFF AND MAKE

21  SURE IT'S WHAT YOU WANT AND YOU'RE COMFORTABLE.

22           QUINCOCES THEN STARTS TO TELL THE UNDERCOVER THAT THE

23  YOUNGEST BOY QUINCOCES HAS BEEN WITH WAS 14, AND THAT QUINCOCES

24  AND THE 14 YEAR OLD BOY HAD, QUOTE, SUCKED EACH OTHER, CUDDLED,

25  KISSED, AND HAD SEXUAL INTERCOURSE.

 1      QUINCOCES SENT THE UNDERCOVER A PICTURE OF THE 14 YEAR

 2 OLD WHO QUINCOCES CALLED JAKE.  QUINCOCES ALSO SENT A NUDE

 3 PICTURE OF JAKE, AS WELL AS SEXUAL PICTURES OF ANOTHER MINOR

 4 WHOM QUINCOCES CALLED CHRISTIAN.  QUINCOCES TOLD THE UNDERCOVER

 5 THAT HE LIKED SUCKING YOUNGER GUYS AND WOULD MAKE THE

 6 UNDERCOVER FEEL SO GOOD.

 7      DURING A CHAT SESSION ON OCTOBER 21ST, 2011, EXPLORE

 8 LIFE, WHICH WAS THE ONLINE NAME BEING USED, PROVIDED A CONTACT

 9 PHONE NUMBER OF 305, 321-3916 TO THE UNDERCOVER.  DETECTIVE

10 RAMOS CONTACTED THE PORT SAINT LUCIE POLICE DEPARTMENT AND

11 ASKED THAT THEY SEARCH THEIR DATABASE FOR THAT PHONE NUMBER.

12      THE SEARCH REVEALED THAT OSCAR QUINCOCES HAD LISTED

13 THAT AS HIS CONTACT NUMBER IN COMPLAINTS TO THE PORT SAINT

14 LUCIE POLICE DEPARTMENT.  HE ALSO LISTED AN ADDRESS ON

15 SOUTHEAST NORTH BLACKWELL DRIVE IN PORT SAINT LUCIE, FLORIDA.

16      THE TEXT MESSAGING CONTINUED BACK AND FORTH BETWEEN

17 QUINCOCES AND THE UNDERCOVER AND IT INVOLVED SEVERAL MESSAGES

18 OF A SEXUAL NATURE.  THE UNDERCOVER MORE THAN ONCE TELLS

19 QUINCOCES THAT HE IS ONLY 15.

20      ON ONE TEXT THE UNDERCOVER SAYS, IN THREE MONTHS I

21 WILL BE 16 AND I CAN USE MY MOM'S CAR WHENEVER I WANT.

22      ON NOVEMBER 17TH, 2011, THE UNDERCOVER SENT A PHONE

23 TEXT MESSAGE TO MR. QUINCOCES INDICATING THAT THE UNDERCOVER

24 WOULD BE IN THE PORT SAINT LUCIE AREA THAT DAY.  QUINCOCES

25 REPLIED VIA PHONE TEXT MESSAGE ADVISING THE UNDERCOVER TO TEXT

1 HIM WHEN HE ARRIVED.

2 THROUGHOUT THE COURSE OF THAT EVENING THE UNDERCOVER

3 EXCHANGED PHONE MESSAGES WITH QUINCOCES.  QUINCOCES AGREED TO

4 MEET THE UNDERCOVER AT THE TACO BELL RESTAURANT ON GATLAND

5 BOULEVARD IN PORT SAINT LUCIE AT NINE P.M.

6 QUINCOCES ARRIVED AT THE TACO BELL SHORTLY AFTER 915.

7 HE PULLED INTO A PARKING SPOT AND SAT IN THE VEHICLE.  HE THEN

8 PULLED OUT OF THE PARKING SPOT AND PARKED HIS VEHICLE IN

9 ANOTHER SPOT IN THE SAME LOT.

10 AT APPROXIMATELY 9:22 P.M. QUINCOCES TEXTED TO THE UC.

11 WHERE YOU AT?  AND THEN AT 9:24 P.M. HE SENDS ANOTHER TEXT,

12 HEY.

13 QUINCOCES SAT IN HIS CAR FOR APPROXIMATELY FIVE TO 10

14 MINUTES BEFORE LEAVING THE TACO BELL PARKING LOT AND PULLING

15 INTO THE WALMART PARKING LOT WHICH IS NEXT DOOR.  AT THE TIME

16 HE PULLED INTO THAT PARKING SPOT AT WALMART HE WAS TAKEN INTO

17 CUSTODY.

18 DETECTIVE RAMOS RETRIEVED MR. QUINCOCES' CELLPHONE AND

19 VERIFIED BY SCROLLING THROUGH THE TEXT MESSAGES THAT THE TEXT

20 MESSAGES THAT WERE FROM THE UC WERE ON THE PHONE.

21 MR. QUINCOCES WAS READ HIS MIRANDA RIGHTS AND AGREED

22 THE TALK TO AGENTS.  HE WAS IN COMPLETES DENIAL AND TOLD THE

23 AGENTS THAT HE HAD RECEIVED A TEXT MESSAGE WITH A 561 AREA CODE

24 AND THOUGHT HE WAS TALKING TO A FORMER ADULT CO-WORKER WITH

25 WHOM HE HAD BEEN INTIMATE.  HE CLAIMS HE HAD NOT TALKED TO THIS

 1  PERSON IN MORE THAN A YEAR AND COULD NOT PROVIDE THE PERSON'S

 2  LAST NAME OR ADDRESS.

 3        QUINCOCES WAS TAKEN BACK TO THE DHS OFFICE AND

 4  INTERVIEWED.  HE CONTINUED TO DENY ANY KNOWLEDGE OF ATTEMPTING

 5  TO ENTICE A 15 YEAR OLD BOY.  FINALLY THE AGENTS CONFRONTED HIM

 6  WITH THE ACTUAL CHATS AND PICTURES THAT QUINCOCES HAD WITH THE

 7  UC.  QUINCOCES RELUCTANTLY ADMITTED THAT HE THOUGHT HE WAS

 8  CHATTING WITH A 15 YEAR OLD BOY AND HAD COME TO THE TACO BELL

 9  TO MEET HIM.

10        HE ADAMANTLY DENIED HAVING ANY INTENTION TO ENGAGE IN

11  SEXUAL ACTIVITY, ALTHOUGH WHEN HE WAS ARRESTED HE HAD A PACK OF

12  CONDOMS AND SEVERAL GENERIC BRAND VIAGRA PILLS ON HIS PERSON.

13        AFTER OBTAINING A SEARCH WARRANT LAW ENFORCEMENT

14  EXAMINED QUINCOCES' PHONE AND COMPUTERS.  THEY WERE ABLE TO

15  LOCATE ONE OF THE MINORS DEPICTED IN THE EXPLICIT PICTURES

16  QUINCOCES HAD SENT THE UC.  SPECIFICALLY THEY CONTACTED AND

17  INTERVIEWED THE MINOR QUINCOCES CALLED JAKE, WHO ACCORDING TO

18  QUINCOCES WAS 14 YEAR OLD -- WAS 14 YEARS OLD WHEN QUINCOCES

19  ENGAGED IN SEXUAL CONTACT WITH HIM.

20        THE MINOR WHO IS REFERRED TO IN COUNT TWO AS JS IS 15

21  NOW, BUT ACKNOWLEDGED DURING THE INTERVIEW HE WAS 14 WHEN HE

22  MET QUINCOCES AT THE BEGINNING OF 2011.  HE STATED THAT HE MET

23  QUINCOCES ON A SOCIAL WEBSITE CALLED GRINDER.COM.  HE STATED

24  THAT HE TOLD QUINCOCES THAT HE WAS 14.

25        JS AND QUINCOCES ENGAGED IN SEXUAL CHATS ON LINE IN

 1  TEXT MESSAGES.  QUINCOCES ASKED JS FOR NAKED PICTURES, AND JS

 2  RESPONDED BY TAKING PICTURES OF HIMSELF AND SENDING THEM TO

 3  QUINCOCES.  AND JS DID IDENTIFY THE PICTURES THAT QUINCOCES HAD

 4  SENT TO THE UNDERCOVER AS BEING OF HIMSELF.

 5       AFTER CHATTING ON LINE AND BY PHONE JS AGREED TO MEET

 6  WITH QUINCOCES.  QUINCOCES PICKED JS UP AT THE TREASURE COAST

 7  MALL IN JENSON BEACH AND TOOK JS TO HIS HOUSE IN PORT SAINT

 8  LUCIE.  JS STATED THAT QUINCOCES OFFERED HIM AN ALCOHOLIC DRINK

 9  AND THEY MASTURBATED EACH OTHER ON THE COUCH.  JS THEN ASKED TO

10  BE TAKEN HOME.

11       TEXT MESSAGES FOUND ON QUINCOCES PHONE SHOWED THAT JS

12  AND QUINCOCES CONTINUED TO TALK VIA TEXT MESSAGE BUT JS SAID

13  THEY NEVER MET AGAIN.  THE LAST TEXT MESSAGE TO MR. QUINCOCES'

14  PHONE TOOK PLACE ON AUGUST 31ST, 2011.

15       THE FACTS AS TO COUNTS ONE OCCURRED IN SAINT LUCIE

16  COUNTY AND PALM BEACH COUNTY.  THE FACTS AS TO COUNT TWO

17  OCCURRED IN SAINT LUCIE COUNTY AND MARTIN COUNTY, AND ALL THREE

18  COUNTIES ARE LOCATED IN THE SOUTHERN DISTRICT OF FLORIDA.

19       THE COURT:  MR. PEACOCK, DO YOU AGREE TO THAT FACTUAL

20  BASIS, SIR?

21       MR. PEACOCK:  I AGREE THAT IT STATES A PRIMA FACIE

22  CASE.

23  BY THE COURT:

24  Q.  MR. QUINCOCES, DO YOU AGREE TO THAT FACTUAL BASIS, SIR?

25  A.  YES.

1 Q. MR. QUINCOCES, ARE YOU A CITIZEN OF THE UNITED STATES?

2 A. YES.

3 Q. DO YOU UNDERSTAND, SIR, THAT IF YOU VIOLATE THE CONDITIONS

4 OF ANY SUPERVISED RELEASE THAT YOU CAN BE GIVEN ADDITIONAL TIME

5 IN PRISON?

6 A. YES.

7 Q. DO YOU UNDERSTAND THE POSSIBLE CONSEQUENCES OF YOUR PLEA?

8 A. YES.

9 Q. PURSUANT TO THE SENTENCING REFORM ACT OF 1984, THE UNITED

10 STATES SENTENCING COMMISSION HAS ISSUED GUIDELINES FOR JUDGES

11 TO FOLLOW IN DETERMINING A SENTENCE IN A CRIMINAL CASE.

12   DO YOU UNDERSTAND THAT THE SENTENCING GUIDELINES HAVE

13 BEEN FOUND TO BE ADVISORY AND ARE NOT BINDING ON THE DISTRICT

14 COURT IN REGARDS TO SENTENCING?

15 A. YES.

16 Q. DO YOU UNDERSTAND, SIR, THAT SINCE THESE ADVISORY

17 SENTENCING GUIDELINES ARE NOT MANDATORY THE SENTENCING JUDGE IS

18 NOT OBLIGATED THE FOLLOW THEM IN YOUR CASE?

19 A. YES.

20 Q. HAVE YOU AND YOUR ATTORNEY TALKED ABOUT HOW THE SENTENCING

21 GUIDELINES MIGHT APPLY TO YOUR CASE?

22 A. YES.

23 Q. DO YOU UNDERSTAND THAT IN DETERMINING A SENTENCE THE COURT

24 IS OBLIGATED TO CALCULATE THE APPLICABLE SENTENCING GUIDELINE

25 RANGE, THE POSSIBLE DEPARTURES UNDER THE SENTENCING GUIDELINES,

1  AND OTHER SENTENCING FACTORS UNDER THE APPLICABLE LAWS AND

2  STATUTES?

3  A.  YES.

4  Q.  DO YOU UNDERSTAND THAT THE COURT WILL NOT BE ABLE TO

5  DETERMINE ANY ADVISORY GUIDELINE SENTENCE IN YOUR CASE UNTIL

6  AFTER THE PRESENTENCE REPORT HAS BEEN COMPLETED AND YOU AND THE

7  GOVERNMENT HAVE HAD AN OPPORTUNITY TO CHALLENGE THE REPORTED

8  FACTS AND THE APPLICATIONS OF THE ADVISORY GUIDELINES

9  RECOMMENDED BY THE PROBATION OFFICE, AND THAT THE SENTENCE

10  IMPOSED MAY BE DIFFERENT FROM ANY ESTIMATE YOUR ATTORNEY MAY

11  HAVE GIVEN YOU?

12  A.  YES.

13  Q.  DO YOU ALSO UNDERSTAND THAT AFTER YOUR ADVISORY GUIDELINE

14  RANGE HAS BEEN DETERMINED THE DISTRICT COURT HAS THE AUTHORITY

15  IN SOME CIRCUMSTANCES TO DEPART FROM THE GUIDELINES AND IMPOSE

16  A SENTENCE THAT IS MORE SEVERE OR LESS SEVERE THAN THE SENTENCE

17  CALLED FOR BY THE GUIDELINES?

18  A.  YES.

19  Q.  DO YOU ALSO UNDERSTAND THAT THE DISTRICT COURT HAS THE

20  AUTHORITY TO DEPART FROM THE GUIDELINES AND SENTENCE YOU UP TO

21  THE STATUTORY MAXIMUM PERMITTED BY LAW IN YOUR CASE AS IS SET

22  FORTH IN YOUR PLEA AGREEMENT AND WHICH I READ TO YOU THIS

23  MORNING?

24  A.  YES.

25  Q.  DO YOU ALSO UNDERSTAND THAT PAROLE HAS BEEN ABOLISHED, AND

1 THAT IF YOU WERE SENTENCED TO PRISON YOU WILL NOT BE RELEASED
2 ON PAROLE?
3 A.  YES.
4 Q.  DO YOU UNDERSTAND THAT UNDER SOME CIRCUMSTANCES YOU OR THE
5 GOVERNMENT MAY HAVE THE RIGHT TO APPEAL ANY SENTENCE IMPOSED BY
6 THE DISTRICT JUDGE IN YOUR CASE?
7 A.  YES.
8 Q.  DO YOU ALSO UNDERSTAND THAT YOU HAVE A RIGHT TO PLEAD NOT
9 GUILTY TO ANY OFFENSE CHARGED AGAINST YOU AND TO PERSIST IN
10 THAT PLEA, THAT YOU WOULD THEN HAVE THE RIGHT TO A TRIAL BY
11 JURY.
12      AT TRIAL YOU WOULD BE PRESUME TO BE INNOCENT AND THE
13 GOVERNMENT WOULD HAVE TO PROVE YOUR GUILT BEYOND A REASONABLE
14 DOUBT, AND THAT YOU WOULD HAVE THE RIGHT TO THE ASSISTANCE OF
15 COUNSEL FOR YOUR DEFENSE, THE RIGHT TO SEE AND HEAR ALL OF THE
16 WITNESSES AND HAVE THEM CROSS-EXAMINED IN YOUR DEFENSE, THE
17 RIGHT ON YOUR OWN PART TO DECLINE TO TESTIFY UNLESS YOU
18 VOLUNTARILY ELECTED TO DO SO IN YOUR DEFENSE, AND THE RIGHT TO
19 THE ISSUANCE OF SUBPOENAS OR COMPULSORY PROCESS TO COMPEL THE
20 ATTENDANCE OF WITNESSES TO TESTIFY IN YOUR DEFENSE?
21 A.  YES.
22 Q.  DO YOU UNDERSTAND THAT SHOULD YOU DECIDE NOT TO TESTIFY OR
23 PUT ON ANY EVIDENCE THOSE FACTS CANNOT BE USED AGAINST YOU?
24 A.  YES.
25 Q.  DO YOU FURTHER UNDERSTAND THAT BY ENTERING A PLEA OF

1 GUILTY, IF THAT PLEA IS ACCEPTED BY THE COURT, THERE WILL BE NO

2 TRIAL AND YOU WILL HAVE WAIVED OR GIVEN UP YOUR RIGHTS TO A

3 TRIAL, AS WELL AS THOSE OTHER RIGHTS ASSOCIATED WITH A TRIAL AS

4 I HAVE JUST EXPLAINED THEM TO YOU?

5 A.  YES.

6 Q.  MR. QUINCOCES, I AM GOING TO ASK YOU SEPARATELY AS TO EACH

7 COUNT HOW YOU NOW PLEAD, SIR.

8        AS TO COUNT ONE OF THE SUPERSEDING INFORMATION WHICH

9 YOU WERE ARRAIGNED ON THIS MORNING, HOW DO YOU NOW PLEAD, SIR,

10 GUILTY OR NOT GUILTY?

11 A.  GUILTY.

12 Q.  AND, AS TO COUNT TWO OF THAT SUPERSEDING INFORMATION, AGAIN

13 WHICH YOU WERE JUST ARRAIGNED ON EARLIER THIS MORNING OR PRIOR

14 TO THIS CHANGE OF PLEA HEARING, HOW DO YOU NOW PLEAD, SIR, AS

15 TO COUNT TWO, GUILTY OR NOT GUILTY?

16 A.  GUILTY.

17        THE COURT:  IT IS THE RECOMMENDATION OF THIS COURT IN

18 THE CASE OF UNITED STATES OF AMERICA VERSUS OSCAR R. QUINCOCES

19 THAT THE DEFENDANT IS FULLY COMPETENT AND CAPABLE OF ENTERING

20 AN INFORMED PLEA, THAT THE DEFENDANT IS AWARE OF THE NATURE OF

21 THE CHARGES AND THE CONSEQUENCES OF THE PLEA, AND THAT HIS

22 PLEAS OF GUILTY ARE KNOWING AND VOLUNTARY PLEAS SUPPORTED BY AN

23 INDEPENDENT BASIS IN FACT CONTAINING EACH OF THE ESSENTIAL

24 ELEMENTS OF THE OFFENSES CHARGED IN COUNTS ONE AND TWO OF THE

25 SUPERSEDING INFORMATION AS TO THIS DEFENDANT.

1              THIS COURT FURTHER RECOMMENDS THAT THE DEFENDANT'S

2   PLEAS BE ACCEPTED AND THAT HE BE ADJUDGED GUILTY OF THOSE

3   OFFENSES SET FORTH IN COUNTS ONE AND TWO OF THE SUPERSEDING

4   INFORMATION.

5              MR. QUINCOCES, DO YOU UNDERSTAND THAT A WRITTEN

6   PRESENTENCE REPORT WILL BE PREPARED BY THE PROBATION OFFICE TO

7   ASSIST THE DISTRICT JUDGE IN SENTENCING?

8              THE DEFENDANT:  YES.

9              THE COURT:  DO YOU UNDERSTAND THAT YOU WILL BE ASKED

10  TO GIVE INFORMATION FOR THAT REPORT AND YOUR ATTORNEY MAY BE

11  PRESENT AT THAT TIME IF YOU WISH.

12             THE DEFENDANT:  YES.

13             THE COURT:  DO YOU UNDERSTAND THAT THE COURT WILL

14  PERMIT YOU AND YOUR ATTORNEY TO READ THE PRESENTENCE REPORT AND

15  FILE ANY OBJECTIONS TO THAT REPORT PRIOR TO YOUR SENTENCING

16  HEARING?

17             THE DEFENDANT:  YES.

18             THE COURT:  AND DO YOU UNDERSTAND THAT THE COURT --

19  THAT THE COURT WILL ALLOW YOU AND YOUR ATTORNEY THE OPPORTUNITY

20  TO SPEAK ON YOUR BEHALF IF YOU CHOOSE TO DO SO?

21             THE DEFENDANT:  YES.

22             THE COURT:  SENTENCING HAS BEEN SET FOR MONDAY, JUNE

23  4TH, 2012, AT TEN A.M. BY JUDGE MOORE.

24             THE DEFENDANT IS DETAINED AND I WILL CONTINUE HIS

25  DETENTION PENDING SENTENCING.

```
 1            ALSO IF I DIDN'T SAY SO I KNOW MR. JOSE ANTONIO
 2   RAMIRAS MARTINEZ 12-240060-MOORE, I JUST TOOK HIS CHANGE OF
 3   PLEA AND HE IS DETAINED.  IF I DID NOT SAY THAT DETAINED
 4   CONTINUED DETENTION PENDING SENTENCING IF I DID NOT SAY THAT
 5   SPECIFICALLY.
 6            AS TO MR. QUINCOCES ANYTHING ELSE?
 7            MR. PEACOCK:  NO, SIR.
 8            MS. MAYNARD:  NO, YOUR HONOR.
 9            THE COURT:  ALL RIGHT.  THANK YOU.
10            WE WILL BE IN RECESS.
11                              - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5
 6  UNITED STATES OF AMERICA
 7  SOUTHERN DISTRICT OF FLORIDA
 8
 9
10        I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED
11  STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO
12  HEREBY CERTIFY THAT THE FOREGOING 25 PAGES CONSTITUTE A TRUE
13  TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN
14  THE CITY OF FORT PIERCE, FLORIDA, IN THE MATTER THEREIN STATED.
15        IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS
16  30TH DAY OF JUNE 2012.
17
18                              /S/CARL SCHANZLEH
                                CARL SCHANZLEH, RPR-CM
19                              OFFICIAL FEDERAL COURT REPORTER
                                299 EAST BROWARD BLVD., 202B
20                              FORT LAUDERDALE, FL  33301
                                TELEPHONE 954/769-5488
21
22
23
24
25
```