```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       CASE NO. 11-CR-14065-MOORE

 3

    UNITED STATES OF AMERICA,
 4
                     Plaintiff,                  June 4, 2012
 5           vs.
                                            Fort Pierce, Florida
 6  OSCAR R. QUINCOCES,

 7                   Defendant.                  Pages 1 - 29

 8  _____/

 9

10                 TRANSCRIPT OF SENTENCING HEARING
                  BEFORE THE HONORABLE K. MICHAEL MOORE
11                    UNITED STATES DISTRICT JUDGE

12

13  APPEARANCES:

14  For the Government:     Shaniek Maynard, AUSA
                            Office of U.S. Attorney
15                          500 South Australian Avenue, Suite 500
                            West Palm Beach, Florida  33401
16

17  For the Defendant:      Fletcher Peacock, AFPD
                            Office of U.S. Public Defender
18                          109 North 2nd Street
                            Fort Pierce, Florida  34950
19

20

21  Reported By:            Diane Miller, RMR, CRR
                            Official United States Court Reporter
22                          400 N. Miami Avenue, Room 11-2
                            Miami, FL  33128
23                          (305)523-5251
                            diane_miller@flsd.uscourts.gov
24

25
```

MONDAY, JUNE 4, 2012

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURTROOM DEPUTY:  U.S.A. versus Oscar Quincoces.
 3            Counsel, announce your appearances, please.
 4            MS. MAYNARD:  Shankiek Maynard, on behalf of the
 5   United States.
 6            MR. PEACOCK:  Fletcher Peacock, on behalf of
 7   Mr. Quincoces, Your Honor, who is not yet in the courtroom.
 8       (Break in proceedings)
 9            THE COURT:  All right.  The Defendant is present.
10   Let's take up the presentence investigation report.
11            There were no objections filed by other parties; is
12   that correct?
13            MS. MAYNARD:  That's correct, Judge.
14            MR. PEACOCK:  That is correct, there are no
15   objections pending.
16            THE COURT:  The probation office has calculated the
17   offense level of as level 38, a criminal history category one,
18   and a guideline range advisory of 235 to 293 months; is that
19   correct?
20            MS. MAYNARD:  Yes, Judge.
21            MR. PEACOCK:  Yes, sir.
22            THE COURT:  Mr. Quincoces, do you want to say
23   anything on behalf before sentence is imposed?
24            THE DEFENDANT:  Yes, sir.
25            THE COURT:  Go ahead.
```

MONDAY, JUNE 4, 2012

```
 1            THE DEFENDANT:  I just want to say that the period
 2    before my arrest, I was going through a severe depression.  I
 3    had some health issues that, in turn, turned into several
 4    extended periods of unemployment and money issues that
 5    depleted my savings and eventually, I had to get on food
 6    stamps, just to get meals and stuff.
 7            It was a very difficult time of depression and I just
 8    want the Court to know that this is not the type of person
 9    that I am.  I apologize and am sorry for some bad decisions
10    that I have made during that period, but I've been a law
11    abiding citizen all of my life and have had no major issues
12    with the law at any point in time.  So I just want you to
13    hopefully take that into consideration, sir.
14            THE COURT:  Thank you.
15            Mr. Peacock, I have a submission that says it was
16    just filed, the Government's second notice of filing and
17    victim impact statement.  Have you had have you been provided
18    with a copy of that?
19            MR. PEACOCK:  Judge, when I came in, I think the
20    prosecutor addressed it briefly.  I have not had a chance to
21    review it.  I was busy preparing for another case before Your
22    Honor.
23            THE COURT:  Okay.  Well, do you need a chance to take
24    a look?
25            MR. PEACOCK:  If the Court is considering it, I
```

MONDAY, JUNE 4, 2012

 1  better.

 2      (Brief pause.)

 3          THE COURT:  Okay.  Mr. Peacock.

 4          MR. PEACOCK:  Your Honor, it appears there is a fair

 5  amount of the material, if the Court would like to adjourn

 6  this case and carry on with others, while I review it.

 7          THE COURT:  Well, let's see.  At least what I have is

 8  15 pages of victim impact statements, are you -- let's see.

 9  You are not on the next case; is that correct?

10          MR. PEACOCK:  That's correct, Your Honor.

11          THE COURT:  Okay.  Why don't we take up, then, U.S.A.

12  versus Eddie Scott and come back to this.

13          MR. PEACOCK:  Thank you, Judge.

14      (Recess.)

15          THE COURT:  Mr. Peacock.

16          MR. PEACOCK:  I would like speak to Mr. Quincoces, if

17  I may have an opportunity.

18          THE COURT:  Yes.  Can we bring Mr. Quincoces back up.

19          COURTROOM SECURITY OFFICER:  Yes.

20          THE COURT:  Thank you.

21          MR. PEACOCK:  Your Honor, I appreciate the time to

22  review the submission.  We are prepared to proceed.

23          THE COURT:  Okay.  So there were no objections filed

24  by either the Government or the Defendant and the probation

25  office has calculated the offense level is 38, criminal

1    history category of one, with a guideline range of 235 to 293

2    months; is that correct?

3              MS. MAYNARD:  Yes, Your Honor.

4              MR. PEACOCK:  That is correct, Your Honor.

5              THE COURT:  Now, Mr. Quincoces, is there anything you

6    want to say on your own behalf?

7              MR. PEACOCK:  He had already elocuted, Your Honor.

8    We are satisfied.

9              THE COURT:  Anything on his behalf?

10             MR. PEACOCK:  Yes, sir.

11             As the Court had just noted, there is a significant

12   guideline range, the low end is approximately 20 years in this

13   case.

14             Mr. Quincoces is 47 years old, as he appears before

15   the Court.  His prior criminal history is not serious, it

16   consists of a driving under the influence at age 43 in 2009,

17   and a leaving the scene of an accident in 2011 at age 45.

18             In both cases, he received and successfully served a

19   six-month probation period.  I'm sorry, on the DUI, it was a

20   three-year period.

21             Your Honor, he has a criminal history category one.

22   Other than those minor cases and this case, he has been a very

23   law abiding citizen.

24             He did go through a very serious period of

25   depression, which resulted in his actions in this case.  He is

1  truly repentant for those.  He has not only pled guilty in

2  this case, but obviously, provided a statement for acceptance

3  of responsibility, in which he acknowledges that what he did

4  was very, very wrong.

5           His guidelines, once again, are 235 months.  I'm

6  asking the Court to sentence him to that 235 months.  He would

7  be approximately 65 years old when he was released at that

8  time.  I think that is a significant punishment for a

9  significant offense.

10          Thank you.

11          THE COURT:  You mentioned to me that his -- I guess

12  by way of explanation, that he was going through a period of

13  depression during this time period.

14          MR. PEACOCK:  He was, Judge.  He was having

15  employment problems, having health problems, and he underwent

16  some very significant heart surgery.  He was having a rough

17  time.

18          THE COURT:  Can you tell me what the time period was?

19          MR. PEACOCK:  Judge, he had his heart surgery in

20  2003.  A couple years ago, he was hit and run over by an

21  automobile.  He has had -- it's been difficult for him to

22  maintain his employment during that time period because of

23  these issues, so I would say, Your Honor, it began in 2003 and

24  has progressed.

25          THE COURT:  That he has been suffering from this

MONDAY, JUNE 4, 2012

1   depression for the past nine years, is that --

2           MR. PEACOCK:  Well, off and on, Your Honor, yes.  He

3   has not been able to get his life on track, and he has been

4   depressed.

5           THE COURT:  Okay, I understand that.  But then, now

6   he is associating criminal activity of engaging minors in

7   sexual activity, he is associating it somehow because he was

8   depressed, that that kind of made him --

9           MR. PEACOCK:  Well, it certainly is not an excuse,

10  Judge, and we don't tend to put it forward to the Court as an

11  excuse.

12          It does explain why his activity sort of went off the

13  deep end.  In other words, he fully acknowledges that what he

14  did was entirely wrong and it was reprehensible, and that's

15  why he has pled guilty and has come before the Court.

16          THE COURT:  I guess I'm trying to understand.  I

17  mean, I understand people get depressed.  I don't understand

18  how, when people get depressed, they go out and commit crimes

19  as opposed to seeking help for their depression.

20          MR. PEACOCK:  Well, Your Honor, I understand what the

21  Court is saying.  Once again, we are not putting it forward as

22  an excuse.  We are trying to explain where he got off track

23  and why he lowered himself to do something like this.

24          He started drinking, he had these health problems, he

25  had -- had this hit and run, where somebody ran him over.  He

1  was out of work for a long time and, you know, idle.

2          What is it; idle hands are the devil's workshop.  I

3  think a lot of that contributed to why he did what he did in

4  this case, Your Honor.

5          THE COURT:  Okay.

6          MR. PEACOCK:  In other words, before this time

7  period, Judge, he hasn't demonstrated any serious criminal

8  activity, and so something happened in this man's life that

9  caused him to go off the deep end and caused him to go ahead

10 and make this very, very wrong error in judgment.

11         And I think it all began when he had this surgery,

12 when he got hit by the car, when he was laid off work and when

13 he started consuming alcohol on a regular basis.

14         THE COURT:  Well, consuming alcohol is

15 self-inflicting, and I guess part of the reason why I'm

16 discussing it, I had a sentencing two weeks ago, where defense

17 counsel made the point that the defendant had lost his -- his

18 father had passed away, and his uncle, I think, had passed

19 away, whom he admired very much, and that was kind of advanced

20 as sort of -- so what followed was that this young man went

21 out, with another group of defendants, would go out and get a

22 shotgun or get shotguns and go out and rob CVSs and

23 Walgreen's, and restaurants.

24         I'm just trying to associate -- I understand people

25 lose loved ones, but I don't understand, when you lose a loved

| | |
|---|---|
| 1 | one, why you go out and victimize a bunch of other people and |
| 2 | then come back and say, you know, therefore, give me a break. |
| 3 | MR. PEACOCK:  Well, Judge, now that you mention it, |
| 4 | Mr. Quincoces' mother just recently passed away and I didn't |
| 5 | raise that as an issue because I agree with the Court. |
| 6 | And I can't emphasize enough, we are not putting it |
| 7 | forward as a justification.  I just want the Court to |
| 8 | understand the progression in this man's life.  He has done a |
| 9 | very serious wrong, he has committed a very serious crime, and |
| 10 | his guidelines are very serious indeed. |
| 11 | And I just want the Court to understand that up until |
| 12 | a certain point, he was a very productive, law abiding |
| 13 | citizen, and then there seems to have been this drop off |
| 14 | because of these issues that occurred in his life. |
| 15 | They are not -- it is not an excuse, it is not |
| 16 | telling the Court he should be forgiven for it, but I think it |
| 17 | does temper, perhaps, what the Court should do in sentencing. |
| 18 | THE COURT:  Well, I certainly think it should be, to |
| 19 | the extent you are advancing it, as the history and |
| 20 | characteristics of the Defendant, it's a 3553 factor. |
| 21 | Can either the Prosecution or the Defense indicate to |
| 22 | me the number of victims in this case that predate the offense |
| 23 | conduct in this case? |
| 24 | MS. MAYNARD:  Judge, we cannot.  The Defendant was |
| 25 | first found as a result of an undercover operation with an |

1  undercover officer.

2        At that point, we got his computers, looked at his

3  computers and we were able to identify two 15-year-olds around

4  the same time period, basically, I believe in the 2010 to 2011

5  time frame.

6        There were also images of child pornography on the

7  computer, but we are not able to complete the forensics to

8  determine how many and when those pictures were downloaded.

9        THE COURT:  I was just going by the letters, the

10  victim impact statements.  The first letter that I see is from

11  the mother of three boys that are currently 15 years old and

12  13 years old and at least according to her statement, this

13  goes back to 2002, when the boys were six and four.

14        MS. MAYNARD:  Judge, if I can just clarify.  I

15  received these letters on Thursday.  Whenever there is child

16  pornography found on computers, as the Court knows, the images

17  are sent to the National Center for Missing and Exploited

18  Children.

19        They then identify those pictures by comparing them

20  with known images of child pornography and determine if those

21  children have been located and if families have filed victim

22  impact statements.

23        I got those on Thursday, I believe I filed them on

24  Friday and those letters that the Court is referring to in

25  that packet are from the parents of the children who were

1  molested in those images, whenever that happened.  It could be

2  ten years ago, it could be 15 years ago, and those were images

3  found on the Defendant's computer.

4       THE COURT:  Okay.  And she identifies five other boys

5  as well in her own letter, I guess, where there were images on

6  there, on the Defendant's computer.

7       MR. PEACOCK2:  Those are just the images, Your Honor.

8  There is no allegation that he did this.

9       THE COURT:  And I'm not suggesting that.  I'm just

10 saying that they -- these images were on his computer, and the

11 mother of the individuals depicted on these images is

12 identifying what I would count to be three to eight additional

13 individuals whose images were on this Defendant's computer.

14       Is that fair?

15       MS. MAYNARD:  No, I don't think so, Judge.

16       THE COURT:  Okay.

17       MS. MAYNARD:  That victim impact statement comes from

18 a series called Dalmatians, and there are, I believe, eight or

19 nine boys involved in that.

20       My understanding, from what I received from the

21 National Center for Missing and Exploited Children, was that

22 there were three of those children, images of three of those

23 children.

24       THE COURT:  On this Defendant's computer.

25       MS. MAYNARD:  Yes, Your Honor.

```
 1            THE COURT:  So the next statement looks like it is a
 2  seven-page statement, and is that another image, in addition
 3  to the other three?
 4            MS. MAYNARD:  Yes, Your Honor.
 5            THE COURT:  So we are up to four images now?
 6            MS. MAYNARD:  Yes, Your Honor.
 7            THE COURT:  And we have received statements from the
 8  parents of those victims.
 9            MS. MAYNARD:  Yes.
10            THE COURT:  Okay.  The next statement, this would be
11  from a fifth victim, and another image found on the
12  defendant's computers?
13            MS. MAYNARD:  Judge, I believe the first statement
14  and the last three statements are all from the Dalmatian
15  series.  So that would be five of the boys depicted on
16  computer, they or their families did have victim impact
17  statements on file.
18            THE COURT:  So my point is, so I can follow along, we
19  have identified four so far.
20            MS. MAYNARD:  Yes.
21            THE COURT:  The next statement begins with, "My name
22  is," and that's blacked out, "and I am making this statement
23  on behalf of myself and all those who have suffered."
24            MS. MAYNARD:  Yes.
25            THE COURT:  That would be an additional image?
```

 1          MS. MAYNARD:  Yes, Your Honor.

 2          THE COURT:  So that's five now?

 3          MS. MAYNARD:  Yes, Judge.  But I just want to

 4  clarify, the first statement from the mom who says, "I'm the

 5  mother of three boys" --

 6          THE COURT:  Right.

 7          MS. MAYNARD:  -- I don't know if all three of those

 8  boys or only one of those boys was the victim.  I don't want

 9  to say that was three because I'm not sure if it was three or

10  only one.

11          THE COURT:  What does she say?

12          MS. MAYNARD:  She says that she is the mother of

13  three of the boys, but the thing is, this victim impact

14  statement is going to be filed if any of those three are found

15  on the Defendant's computer.  It doesn't have to be all three.

16          THE COURT:  Okay.

17          MS. MAYNARD:  So if --

18          THE COURT:  So you don't know whether all three of

19  those, but at least one.

20          MS. MAYNARD:  That's correct.

21          THE COURT:  Okay.  So that brings us back down to

22  three.

23          MS. MAYNARD:  That's correct.

24          THE COURT:  Okay.  And then the next statement, it

25  looks like there is a graphic picture at the top and then

1  there are some questions, and answers then given to those

2  questions, right?

3        MS. MAYNARD:  Yes, Your Honor.

4        THE COURT:  Okay.  Is this another image victim?

5        MS. MAYNARD:  Yes, Your Honor.

6        THE COURT:  So that's now four, and that's in two

7  pages.  And then there is another -- another statement or

8  answers to questions, so that would be five.

9        MS. MAYNARD:  Yes, Your Honor.

10        THE COURT:  Okay.  What else?

11        MS. MAYNARD:  Judge, did you also receive a victim

12  impact statement from the father of one of boys charged in the

13  indictment?

14        THE COURT:  Yes.  That's six?

15        MS. MAYNARD:  Yes, Judge.

16        THE COURT:  Okay.

17        MS. MAYNARD:  Judge, the Government is seeking a

18  sentence at the high end of the guidelines for 293 months in

19  this case.

20        I think when you look at the nature and circumstances

21  of the offense, there is no question that this is a serious

22  and significant offense.

23        I won't go into too much detail, since it was

24  outlined in the PSI, but I just -- as I noted before, the

25  Defendant was caught via an undercover operation in which he

MONDAY, JUNE 4, 2012

1  conducted an undercover, whom he believed was a 15-year-old

2  boy, and proceeded to engage the child in sexual

3  conversations, sending sexual pictures, and ultimately

4  actually attempting to meet up with whom he thought was a

5  child.

6       When agents obtained his computer, they were able to

7  locate, on that computer, two other teenage boys that he had

8  engaged in the same pattern with by meeting them online and

9  ultimately picking up both of those boys, who were from Martin

10 County and Indian River County, and taking them to his home.

11      In one of those cases, he did actually sexually

12 assault the young boy.  And in the other case, the young boy

13 said he had alcoholic drinks and he passed out and he wasn't

14 aware whether physical contact had actually occurred.

15      The Government filed, as the Court noted, several

16 victim impact statements and I just want to focus on the one

17 written by the father of one of the boys, whom the Defendant

18 actually picked up and took to his home.

19      That father is present in the courtroom today, and

20 although he does not wish to speak, he did want to be here

21 today and wanted to make sure that the Court received his

22 letter.

23      THE COURT:  I did, and I read it.

24      MS. MAYNARD:  As indicated in that letter, this is a

25 very difficult situation for their entire family.  His son has

1 not really been able to talk about it because he is too

2 embarrassed about what occurred, but the consequences of the

3 Defendant's conduct on that family is going to linger for

4 years.

5       I have met with both of the boys that were picked up

6 by the Defendant and they both declined to write letters, but

7 obviously, this is going to be something that they deal with.

8       I think -- well, my observation in this case is that

9 our society tends to either minimize or deny abuse when it

10 happens to teenage boys, but there are a number of studies

11 that show there are long- and short-term consequences.

12       In the short-term, oftentimes these boys act out.

13 They continue engaging in sexually inappropriate behavior and

14 they often exhibit signs of hypersexuality and/or other sexual

15 dysfunctions.

16       As with all victims, the long-term affect includes

17 depression.  The Defendant spoke of his depression he was

18 going through, but these boys will deal with this for the rest

19 of their lives, as well as the negative impact on their

20 relationships as well as self-esteem.

21       We believe a high-end sentence is appropriate.  We

22 would ask the Court -- the Government is not seeking an above

23 guideline sentence in this case because the Defendant did

24 accept responsibility, he did agree to plead guilty and in

25 doing so, I believe he enabled those boys to avoid the trauma

MONDAY, JUNE 4, 2012

1 of a trial.

2          Both boys sat across from me and said they would be

3 mortified to have to go through a trial, have to be called at

4 a hearing and have to be questioned about these very personal

5 events that took place.

6          I would also point out that the Defendant even

7 agreed, in the plea agreement, to anything that the boys would

8 have had to testify to in terms of the pattern enhancement,

9 which was a five-point enhancement.  So for that reason, we

10 are asking for high-end sentence, but we are not asking for an

11 above guideline sentence.

12          THE COURT:  Anything further?

13          MR. PEACOCK:  Yes, Your Honor, just briefly.

14          The Government is correct, we had agreed -- we had

15 agreed to a five-level adjustment involving a pattern in this

16 case, which significantly enhanced the guidelines over what

17 they would have otherwise been.  So the guideline range is,

18 indeed, very high for the crime of which he stands convicted.

19          Also, Your Honor, I would respectfully suggest to the

20 Court that the second set of letters, victim letters, are

21 technically not relevant conduct to this case, and I would ask

22 the Court not to consider those as any kind of an aggravator

23 in this case.

24          THE COURT:  Well, I don't know how I can ignore them.

25 They have been filed and we are charged with -- while it may

1  not constitute a relevant conduct purpose for relevant conduct

2  purposes, we are charged with considering information from

3  whatever source that will aid the Court in fashioning an

4  appropriate sentence and considering the 3553 sentencing

5  factors.

6         So quite to the contrary, I think recognizing that

7  even though he may not have personally victimized these other

8  individuals in a physical way, there are -- based on my prior

9  experience with these kinds of cases and other victim/witness

10  statements, it seems clear to me that there is victimization

11  that comes from the knowledge that there are graphic pictures

12  out there on the internet that are going to be out there for

13  who knows for how long, but the knowledge of that has been

14  shown to be a source of victimization to each of those

15  individuals.  And that can only happen when you have enablers

16  out there, like the Defendant, who seek to obtain these kinds

17  of pictures, that possess them on their own computers.

18         So that knowledge itself is, to some extent, a

19  further victimization of each of these individuals.  Even

20  though this Defendant may not have personally victimized them,

21  they know these pictures are being circulated through the

22  internet, and they don't know -- I mean, I don't know what

23  they know, but we know, from our own experience with the

24  internet, that pretty much once it's out there, it is

25  virtually impossible to unring the bell, so to speak.  So I

1  think we have to consider all information.

2          As far as the nature and circumstances of the

3  offense, it is a fact that these images were found on his

4  computer.  We know the history and characteristics of the

5  Defendant, the need to promote respect for the law, provide

6  adequate deterrence.

7          I'm not sure I agree with the Prosecutor in the sense

8  that society tends to minimize these kinds of sentences.  I'm

9  not sure exactly what she said, but certainly Congress has

10  made it very clear what it considers to be a very serious

11  offense, with the guidelines ranges that they have, the

12  statutory penalties and the guideline ranges that flow from

13  those penalties, and for that matter, what courts have done in

14  the past and upheld as appropriate sentences.

15          We can't tell the U.S. Attorneys' Offices what cases

16  to bring or not to bring, but you know, if Congress is going

17  to be vigilant in the penalties that it imposes for these

18  cases, as an expression of public outrage for these kinds of

19  offenses; if the executive branch is going to be vigilant and

20  bring these kinds of cases, I think you can have some

21  assurance that the courts are likewise going to recognize the

22  harm, both short-term and long-term, that results from this

23  type of criminal behavior.

24          The Court has considered the statements of all

25  parties, the Presentence Report, which contains the advisory

MONDAY, JUNE 4, 2012

1   guidelines and the statutory factors.

2        The Court finds that a sentence at the upper end of

3   the guideline range is necessary to deter the Defendant from

4   further criminal conduct, to recognize and promote respect for

5   the law.  Therefore, a sentence will be imposed at the high

6   end the advisory guideline range.

7        It is the finding of the Court the Defendant is not

8   able to pay a fine.

9        It is the judgment of the Court that the Defendant,

10  Oscar R. Quincoces, is committed to the Bureau of Prisons to

11  be in imprisoned for 293 months as to each counts one and two,

12  to be served concurrently.

13       Furthermore, that pursuant to Title 18, United States

14  Code section 3664(d)(5), the victims' losses are not yet

15  ascertainable; therefore, the Court shall set a date for the

16  final determination of the victims' losses, not to exceed 90

17  days after sentencing.

18       Upon release from imprisonment, the Defendant shall

19  be placed on supervised release for a term of life as to each

20  count to run concurrently.

21       Within 72 hours of release, the Defendant shall

22  report in person to the probation office in the district where

23  released.

24       While on supervised release, the Defendant shall not

25  commit any crimes, shall be prohibited from possessing a

MONDAY, JUNE 4, 2012

1  firearm or other dangerous device, shall not possess a

2  controlled substance, shall cooperate in the collection of

3  DNA, and shall comply with the standard conditions of

4  supervised release, including the following special

5  conditions:

6         Data encryption restriction, computer possession

7  restriction, employer computer restriction disclosure, no

8  contact with minors, no involvement in youth organizations,

9  sex offender treatment, restricted from possession of sexual

10  materials, Adam Walsh Act Search Conditions and Sexual

11  Offender registration as noted in Part G of the presentence

12  report.

13        The Defendant shall immediately pay to the United

14  States a special assessment of $100 as to each of the counts,

15  one and two, for a total of $200.

16        Total sentence is 293 months imprisonment, life

17  supervised release, and a $200 special assessment.

18        Now that sentence has been imposed, does the

19  Defendant or his Counsel object to the Court's finding of fact

20  or the manner in which sentence was pronounced?

21        MR. PEACOCK:  I would just ask the Court to

22  incorporate my previous objection.

23        THE COURT:  Will do.

24        Mr. Quincoces, do you understand you have a right to

25  appeal the sentence that I've imposed?

```
 1              THE DEFENDANT:  Yes.

 2              THE COURT:  Do you wish to appeal?

 3              MR. PEACOCK:  I'll discuss that with him, Judge.

 4              THE COURT:  Okay.

 5              MR. PEACOCK:  Your Honor, would the Court make a

 6   recommendation of FCI Miami?

 7              THE COURT:  I don't think that that is an appropriate

 8   designated institution.  FCI Miami is a jail, not a prison.

 9              MR. PEACOCK:  It is a medium, Judge.  It is the old

10   MCC.

11              THE COURT:  You are talking about South Dade?

12              MR. PEACOCK:  Yes, sir.

13              THE COURT:  I'll -- is that where his family is?

14              MR. PEACOCK:  It is, sir.

15              THE COURT:  I'll recommend as close as possible to

16   his family members, but given the nature of the offense, I'm

17   not quite sure that he would qualify for that designation.

18   But as close as possible to his family members, I think would

19   be appropriate to include in the judgment and commitment.

20              MR. PEACOCK:  Thank you, sir.

21              MS. MAYNARD:  Judge, we would also ask the Court to

22   set a 90-day restitution hearing.

23              THE COURT:  Robin, do you have a date?

24              THE COURTROOM DEPUTY:  July 30th, here in Fort Pierce

25   at 10:00 a.m.
```

MONDAY, JUNE 4, 2012

```
 1              MS. MAYNARD:  Thank you.

 2              THE COURT:  Okay.  Thank you.

 3              MR. PEACOCK:  We may be able to resolve that ahead,

 4    Judge.  If we can, we will submit a proposed order.

 5              THE COURT:  All right.  Thank you.

 6         (PROCEEDINGS ADJOURNED AT 10:56 a.m.)

 7

 8                    C-E-R-T-I-F-I-C-A-T-E

 9         I hereby certify that the foregoing is an accurate

10    transcription and proceedings in the above-entitled cause.

11    7/23/2012                  /s/ DIANE M. MILLER
                                 DIANE M. MILLER, RMR, CRR
12                               Official United States Court Reporter
                                 Wilkie D. Ferguson Jr. U.S. Courthouse
13                               400 North Miami Avenue, Suite 11-2
                                 Miami, FL  33128
14                               305-523-5152   (fax) 305-523-5159

15

16

17

18

19

20

21

22

23

24

25
```

MONDAY, JUNE 4, 2012

**$**

$100 [1]  21/14
$200 [2]  21/15 21/17

**/**

/s [1]  23/11

**1**

109 [1]  1/18
10:00 a.m [1]  22/25
10:56 [1]  23/6
11-2 [2]  1/22 23/13
11-CR-14065-MOORE [1]  1/2
13 [1]  10/12
15 [3]  4/8 10/11 11/2
15-year-old [1]  15/1
15-year-olds [1]  10/3
18 [1]  20/13

**2**

20 [1]  5/12
2002 [1]  10/13
2003 [2]  6/20 6/23
2009 [1]  5/16
2010 [1]  10/4
2011 [2]  5/17 10/4
2012 [2]  1/4 23/11
235 [2]  2/18 6/5 6/6
235 to [1]  5/1
29 [1]  1/7
293 [5]  2/18 5/1 14/18 20/11 21/16
2nd [1]  1/18

**3**

305 [1]  1/23
305-523-5152 [1]  23/14
305-523-5159 [1]  23/14
30th [1]  22/24
33128 [2]  1/22 23/13
33401 [1]  1/15
34950 [1]  1/18
3553 [2]  9/20 18/4
3664 [1]  20/14
38 [2]  2/17 4/25

**4**

400 [2]  1/22 23/13
43 [1]  5/16
45 [1]  5/17
47 [1]  5/14

**5**

500 [2]  1/15 1/15
5152 [1]  23/14
5159 [1]  23/14
523-5251 [1]  1/23
5251 [1]  1/23

**6**

65 [1]  6/7

**7**

7/23/2012 [1]  23/11
72 [1]  20/21

**9**

90 [1]  20/16

90-day [1]  22/22

**A**

a.m [2]  22/25 23/6
abiding [3]  3/11 5/23 9/12
able [7]  7/3 10/3 10/7 15/6 16/1 20/8 23/3
about [4]  16/1 16/2 17/4 22/11
above [3]  16/22 17/11 23/10
above-entitled [1]  23/10
abuse [1]  16/9
accept [1]  16/24
acceptance [1]  6/2
accident [1]  5/17
according [1]  10/12
accurate [1]  23/9
acknowledges [2]  6/3 7/13
across [1]  17/2
act [2]  16/12 21/10
actions [1]  5/25
activity [4]  7/6 7/7 7/12 8/8
actually [4]  15/4 15/11 15/14 15/18
Adam [1]  21/10
addition [1]  12/2
additional [2]  11/12 12/25
addressed [1]  3/20
adequate [1]  19/6
adjourn [1]  4/5
ADJOURNED [1]  23/6
adjustment [1]  17/15
admired [1]  8/19
advanced [1]  8/19
advancing [1]  9/19
advisory [3]  2/18 19/25 20/6
affect [1]  16/16
AFPD [1]  1/17
after [1]  20/17
again [2]  6/5 7/21
age [2]  5/16 5/17
agents [1]  15/6
aggravator [1]  17/22
ago [4]  6/20 8/16 11/2 11/2
agree [3]  9/5 16/24 19/7
agreed [3]  17/7 17/14 17/15
agreement [1]  17/7
ahead [3]  2/25 8/9 23/3
aid [1]  18/3
alcohol [2]  8/13 8/14
alcoholic [1]  15/13
all [12]  2/9 3/11 8/11 12/14 12/23 13/7
  13/15 13/18 16/16 19/1 19/24 23/5
allegation [1]  11/8
along [1]  12/18
already [1]  5/7
also [5]  10/6 14/11 17/6 17/19 22/21
although [1]  15/20
am [3]  3/9 3/9 12/22
AMERICA [1]  1/3
amount [1]  4/5
and/or [1]  16/14
announce [1]  2/3
another [7]  3/21 8/21 12/2 12/11 14/4 14/7
  14/7
answers [2]  14/1 14/8
any [5]  3/12 8/7 13/14 17/22 20/25
anything [5]  2/23 5/5 5/9 17/7 17/12
apologize [1]  3/9
appeal [2]  21/25 22/2

appearances [2]  1/13 2/3
appears [2]  4/4 5/14
appreciate [1]  4/21
appropriate [5]  16/21 18/4 19/14 22/7
  22/19
approximately [2]  5/12 6/7
are [37]
around [1]  10/3
arrest [1]  3/2
as [34]
ascertainable [1]  20/15
ask [4]  16/22 17/21 21/21 22/21
asking [3]  6/6 17/10 17/10
assault [1]  15/12
assessment [2]  21/14 21/17
associate [1]  8/24
associating [2]  7/6 7/7
assurance [1]  19/21
attempting [1]  15/4
Attorney [1]  1/14
Attorneys' [1]  19/15
AUSA [1]  1/14
Australian [1]  1/15
automobile [1]  6/21
Avenue [3]  1/15 1/22 23/13
avoid [1]  16/25
aware [1]  15/14
away [3]  8/18 8/19 9/4

**B**

back [5]  4/12 4/18 9/2 10/13 13/21
bad [1]  3/9
based [1]  18/8
basically [1]  10/4
basis [1]  8/13
be [29]
Beach [1]  1/15
because [7]  6/22 7/7 9/5 9/14 13/9 16/1
  16/23
been [14]  3/10 3/17 5/22 6/21 6/25 7/3 7/3
  9/13 10/21 16/1 17/17 17/25 18/13 21/18
before [8]  1/10 2/23 3/2 3/21 5/14 7/15 8/6
  14/24
began [2]  6/23 8/11
begins [1]  12/21
behalf [6]  2/4 2/6 2/23 5/6 5/9 12/23
behavior [2]  16/13 19/23
being [1]  18/21
believe [6]  10/4 10/23 11/18 12/13 16/21
  16/25
believed [1]  15/1
bell [1]  18/25
better [1]  4/1
blacked [1]  12/22
both [6]  5/18 15/9 16/5 16/6 17/2 19/22
boy [3]  15/2 15/12 15/12
boys [20]  10/11 10/13 11/4 11/19 12/15
  13/5 13/8 13/8 13/13 14/12 15/7 15/9 15/17
  16/5 16/10 16/12 16/18 16/25 17/2 17/7
branch [1]  19/19
break [2]  2/8 9/2
Brief [1]  4/2
briefly [2]  3/20 17/13
bring [4]  4/18 19/16 19/16 19/20
brings [1]  13/21
bunch [1]  9/1
Bureau [1]  20/10

**B**

busy [1]  3/21

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  23/8
calculated [2]  2/16 4/25
called [2]  11/18 17/3
came [1]  3/19
can [9]  4/18 6/18 9/21 10/14 12/18 17/24
 18/15 19/20 23/4
can't [2]  9/6 19/15
cannot [1]  9/24
car [1]  8/12
carry [1]  4/6
case [18]  1/2 3/21 4/6 4/9 5/13 5/22 5/25 6/2
 8/4 9/22 9/23 14/19 15/12 16/8 16/23 17/16
 17/21 17/23
cases [7]  5/18 5/22 15/11 18/9 19/15 19/18
 19/20
category [3]  2/17 5/1 5/21
caught [1]  14/25
cause [1]  23/10
caused [2]  8/9 8/9
Center [2]  10/17 11/21
certain [1]  9/12
certainly [1]  7/9 9/18 19/9
certify [1]  23/9
chance [2]  3/20 3/23
characteristics [2]  9/20 19/4
charged [3]  14/12 17/25 18/2
child [5]  10/6 10/15 10/20 15/2 15/5
children [6]  10/18 10/21 10/25 11/21 11/22
 11/23
circulated [1]  18/21
circumstances [2]  14/20 19/2
citizen [3]  3/11 5/23 9/13
clarify [2]  10/14 13/4
clear [2]  18/10 19/10
close [2]  22/15 22/18
Code [1]  20/14
collection [1]  21/2
come [3]  4/12 7/15 9/2
comes [2]  11/17 18/11
commit [2]  7/18 20/25
commitment [1]  22/19
committed [2]  9/9 20/10
comparing [1]  10/19
complete [1]  10/7
comply [1]  21/3
computer [13]  10/7 11/3 11/6 11/10 11/13
 11/24 12/16 13/15 15/6 15/7 19/4 21/6 21/7
computers [5]  10/2 10/3 10/16 12/12 18/17
concurrently [2]  20/12 20/20
conditions [3]  21/3 21/5 21/10
conduct [6]  9/23 16/3 17/21 18/1 18/1 20/4
conducted [1]  15/1
Congress [2]  19/9 19/16
consequences [2]  16/2 16/11
consider [2]  17/22 19/1
consideration [1]  3/13
considered [1]  19/24
considering [3]  3/25 18/2 18/4
considers [1]  19/10
consists [1]  5/16
constitute [1]  18/1
consuming [2]  8/13 8/14

contact [2]  15/14 21/8
contains [1]  19/25
continue [1]  16/13
contrary [1]  18/6
contributed [1]  8/3
controlled [1]  21/2
conversations [1]  15/3
convicted [1]  17/18
cooperate [1]  21/2
copy [1]  3/18
correct [11]  2/12 2/13 2/14 2/19 4/9 4/10
 5/2 5/4 13/20 13/23 17/14
could [2]  11/1 11/2
counsel [2]  2/3 8/17 21/19
count [2]  11/12 20/20
counts [2]  20/11 21/14
County [2]  15/10 15/10
couple [1]  6/20
COURT [33]
Court's [2]  21/19
Courthouse [1]  23/12
courtroom [2]  2/7 15/19
courts [2]  19/13 19/21
CR [1]  1/2
crime [2]  9/9 17/18
crimes [2]  7/18 20/25
criminal [8]  2/17 4/25 5/15 5/21 7/6 8/7
 19/23 20/4
CRR [2]  1/21 23/11
currently [1]  10/11
CVSs [1]  8/22

**D**

Dade [1]  22/11
Dalmatian [1]  12/14
Dalmatians [1]  11/18
dangerous [1]  21/1
Data [1]  21/6
date [2]  20/15 22/23
day [1]  22/22
days [1]  20/17
deal [2]  16/7 16/18
decisions [1]  3/9
declined [1]  16/6
deep [2]  7/13 8/9
defendant [24]
defendant's [7]  11/3 11/6 11/13 11/24
 12/12 13/15 16/3
defendants [1]  8/21
Defender [1]  1/17
defense [2]  8/16 9/21
demonstrated [1]  8/7
deny [1]  16/9
depicted [2]  11/11 12/15
depleted [1]  3/5
depressed [4]  7/4 7/8 7/17 7/18
depression [8]  3/2 3/7 5/25 6/13 7/1 7/19
 16/17 16/17
designated [1]  22/8
designation [1]  22/17
detail [1]  14/23
deter [1]  20/3
determination [1]  20/16
determine [2]  10/8 10/20
deterrence [1]  19/6
device [1]  21/1
devil's [1]  8/2

diane [4]  1/21 1/23 23/11 23/11
did [13]  5/24 6/3 7/14 8/3 8/3 11/8 12/16
 14/11 15/11 15/20 15/23 16/23 16/24
didn't [1]  9/4
difficult [3]  3/7 6/21 15/25
disclosure [1]  21/7
discuss [1]  22/3
discussing [1]  8/16
district [4]  1/1 1/1 1/11 20/22
DNA [1]  21/3
do [8]  2/22 3/23 7/23 9/17 21/23 21/24 22/2
 22/23
does [5]  7/12 9/17 13/11 15/20 21/18
doesn't [1]  13/15
doing [1]  16/25
don't [12]  4/11 7/10 7/17 8/25 11/15 13/7
 13/8 13/18 17/24 18/22 18/22 22/7
done [2]  9/8 19/13
down [1]  13/21
downloaded [1]  10/8
drinking [1]  7/24
drinks [1]  15/13
driving [1]  5/16
drop [1]  9/13
DUI [1]  5/19
during [3]  3/10 6/13 6/22
dysfunctions [1]  16/15

**E**

each [5]  18/14 18/19 20/11 20/19 21/14
Eddie [1]  4/12
eight [2]  11/12 11/18
either [3]  4/24 9/21 16/9
elocuted [1]  5/7
else [1]  14/10
embarrassed [1]  16/2
emphasize [1]  9/6
employer [1]  21/7
employment [2]  6/15 6/22
enabled [1]  16/25
enablers [1]  18/15
encryption [1]  21/6
end [8]  5/12 7/13 8/9 14/18 16/21 17/10
 20/2 20/6
engage [1]  15/2
engaged [1]  15/8
engaging [2]  7/6 16/13
enhanced [1]  17/16
enhancement [2]  17/8 17/9
enough [1]  9/6
entire [1]  15/25
entirely [1]  7/14
entitled [1]  23/10
error [1]  16/20
esteem [1]  16/20
even [3]  17/6 18/7 18/19
events [1]  17/5
eventually [1]  3/5
exactly [1]  19/9
exceed [1]  20/16
excuse [4]  7/9 7/11 7/22 9/15
executive [1]  19/19
exhibit [1]  16/14
experience [2]  18/9 18/23
explain [2]  7/12 7/22
explanation [1]  6/12
Exploited [2]  10/17 11/21

## E

expression [1]  19/18
extended [1]  3/4
extent [2]  9/19 18/18

## F

fact [2]  19/3 21/19
factor [1]  9/20
factors [2]  18/5 20/1
fair [2]  4/4 11/14
families [2]  10/21 12/16
family [5]  15/25 16/3 22/13 22/16 22/18
far [2]  12/19 19/2
fashioning [1]  18/3
father [4]  8/18 14/12 15/17 15/19
fax [1]  23/14
FCI [2]  22/6 22/8
Ferguson [1]  23/12
fifth [1]  12/11
file [1]  12/17
filed [8]  2/11 3/16 4/23 10/21 10/23 13/14
 15/15 17/25
filing [1]  3/16
final [1]  20/16
finding [2]  20/7 21/19
finds [1]  20/2
fine [1]  20/8
firearm [1]  21/1
first [4]  9/25 10/10 12/13 13/4
five [6]  11/4 12/15 13/2 14/8 17/9 17/15
five-level [1]  17/15
five-point [1]  17/9
FL [2]  1/22 23/13
Fletcher [2]  1/17 2/6
FLORIDA [4]  1/1 1/5 1/15 1/18
flow [1]  19/12
flsd.uscourts.gov [1]  1/23
focus [1]  15/16
follow [1]  12/18
followed [1]  8/20
following [1]  21/4
food [1]  3/5
foregoing [1]  23/9
forensics [1]  10/7
forgiven [1]  9/16
Fort [3]  1/5 1/18 22/24
forward [3]  7/10 7/21 9/7
found [6]  9/25 10/16 11/3 12/11 13/14 19/3
four [4]  10/13 12/5 12/19 14/6
frame [1]  10/5
Friday [1]  10/24
fully [1]  7/13
further [3]  17/12 18/19 20/4
Furthermore [1]  20/13

## G

get [7]  3/5 3/6 7/3 7/17 7/18 8/21 8/22
give [1]  9/2
given [2]  14/1 22/16
go [10]  2/25 5/24 7/18 8/9 8/9 8/21 8/22 9/1
 14/23 17/3
goes [1]  10/13
going [11]  3/2 6/12 10/9 13/14 16/3 16/7
 16/18 18/12 19/16 19/19 19/21
got [4]  7/22 8/12 10/2 10/23
Government [6]  1/14 4/24 14/17 15/15

16/22 17/14
Government's [1]  3/16
graphic [2]  13/25 18/11
group [1]  8/21
guess [4]  6/11 7/16 8/15 11/5
guideline [9]  2/18 5/1 5/12 16/23 17/11
 17/17 19/12 20/3 20/6
guidelines [6]  6/5 9/10 14/18 17/16 19/11
 20/1
guilty [3]  6/1 7/15 16/24

## H

had [23]  3/3 3/5 3/11 3/17 3/20 5/7 5/10
 6/19 6/21 7/24 7/25 7/25 8/11 8/16 8/17
 8/18 8/18 15/7 15/13 15/14 17/8 17/14
 17/14
hands [1]  8/2
happen [1]  18/15
happened [2]  8/8 11/1
happens [1]  16/10
harm [1]  19/22
has [19]  2/16 4/25 5/21 5/22 6/1 6/21 6/24
 6/25 7/3 7/15 7/15 7/15 9/8 9/9 15/25 18/13
 19/9 19/24 21/18
hasn't [1]  8/7
have [32]
having [1]  6/14 6/15 6/16
he [65]
health [3]  3/3 6/15 7/24
hearing [3]  1/10 17/4 22/22
heart [2]  6/16 6/19
help [1]  7/19
her [2]  10/12 11/5
here [1]  15/20 22/24
hereby [1]  23/9
high [5]  14/18 16/21 17/10 17/18 20/5
high-end [2]  16/21 17/10
him [7]  6/6 6/21 7/8 7/25 8/9 8/9 22/3
himself [1]  7/23
his [28]
history [6]  2/17 5/1 5/15 5/21 9/19 19/4
hit [3]  6/20 7/25 8/12
home [2]  15/10 15/18
Honor [24]
HONORABLE [1]  1/10
hopefully [1]  3/13
hours [1]  20/21
how [4]  7/18 10/8 17/24 18/13
hypersexuality [1]  16/14

## I

I'll [3]  22/3 22/13 22/15
I'm [12]  5/19 6/5 7/16 8/15 8/24 11/9 11/9
 13/4 13/9 19/7 19/8 22/16
I've [2]  3/10 21/25
identified [1]  12/19
identifies [1]  11/4
identify [2]  10/3 10/19
identifying [1]  11/12
idle [2]  8/1 8/2
ignore [1]  17/24
image [4]  12/2 12/11 12/25 14/4
images [1]  10/6 10/16 10/20 11/1 11/2
 11/5 11/7 11/10 11/11 11/13 11/22 12/5
 19/3
immediately [1]  21/13
impact [10]  3/17 4/8 10/10 10/22 11/17

12/16 13/13 14/12 15/16 16/19
imposed [4]  2/23 20/5 21/18 21/25
imposes [1]  19/17
impossible [1]  18/25
imprisoned [1]  20/11
imprisonment [2]  20/18 21/16
inappropriate [1]  16/13
include [1]  22/19
includes [1]  16/16
including [1]  21/4
incorporate [1]  21/22
indeed [2]  9/10 17/18
Indian [1]  15/10
indicate [1]  9/21
indicated [1]  15/24
indictment [1]  14/13
individuals [5]  11/11 11/13 18/8 18/15
 18/19
inflicting [1]  8/15
influence [1]  5/16
information [2]  18/2 19/1
institution [1]  22/8
internet [3]  18/12 18/22 18/24
investigation [1]  2/10
involved [1]  11/19
involvement [1]  21/8
involving [1]  17/15
is [79]
issue [1]  9/5
issues [5]  3/3 3/4 3/11 6/23 9/14
it [49]
it's [3]  6/21 9/20 18/24
itself [1]  18/18

## J

jail [1]  22/8
Jr [1]  23/12
JUDGE [22]  1/11 2/13 2/20 3/19 4/13 6/14
 6/19 7/10 8/7 9/3 9/24 10/14 11/15 12/13
 13/3 14/11 14/15 14/17 22/3 22/9 22/21
 23/4
judgment [3]  8/10 20/9 22/19
July [1]  22/24
July 30th [1]  22/24
June [1]  1/4
just [19]  3/1 3/6 3/7 3/12 3/16 5/11 8/24 9/4
 9/7 9/11 10/9 10/14 11/7 11/9 13/3 14/24
 15/16 17/13 21/21
justification [1]  9/7

## K

kind [3]  7/8 8/19 17/22
kinds [5]  18/9 18/16 19/8 19/18 19/20
know [13]  3/8 8/1 9/2 13/7 13/18 17/24
 18/21 18/22 18/22 18/23 18/23 19/4 19/16
knowledge [3]  18/11 18/13 18/18
known [1]  10/20
knows [2]  10/16 18/13

## L

laid [1]  8/12
last [1]  12/14
law [6]  3/10 3/12 5/23 9/12 19/5 20/5
least [3]  4/7 10/12 13/19
leaving [1]  5/17
let's [3]  2/10 4/7 4/8
letter [4]  10/10 11/5 15/22 15/24

**L**

letters [6]  10/9 10/15 10/24 16/6 17/20 17/20
level [4]  2/17 2/17 4/25 17/15
life [7]  3/11 7/3 8/8 9/8 9/9 9/14 20/19 21/16
like [6]  4/5 4/16 7/23 12/1 13/25 18/16
likewise [1]  19/21
linger [1]  16/3
lives [1]  16/19
locate [1]  15/7
located [1]  10/21
long [5]  8/1 16/11 16/16 18/13 19/22
long-term [2]  16/16 19/22
look [2]  3/24 14/20
looked [1]  10/2
looks [2]  12/1 13/25
lose [2]  8/25 8/25
losses [2]  20/14 20/16
lost [1]  8/17
lot [1]  8/3
loved [2]  8/25 8/25
low [1]  5/12
lowered [1]  7/23

**M**

made [4]  3/10 7/8 8/17 19/10
maintain [1]  6/22
major [1]  3/11
make [3]  8/10 15/21 22/5
making [1]  12/22
man [1]  8/20
man's [2]  8/8 9/8
manner [1]  21/20
many [1]  10/8
Martin [1]  15/9
material [1]  4/5
materials [1]  21/10
matter [1]  19/13
may [5]  4/17 17/25 18/7 18/20 23/3
Maynard [2]  1/14 2/4
MCC [1]  22/10
me [6]  6/11 6/18 9/2 9/22 17/2 18/10
meals [1]  3/6
mean [2]  7/17 18/22
medium [1]  22/9
meet [1]  15/4
meeting [1]  15/8
members [2]  22/16 22/18
mention [1]  9/3
mentioned [1]  6/11
met [1]  16/5
Miami [6]  1/22 1/22 22/6 22/8 23/13 23/13
MICHAEL [1]  1/10
miller [4]  1/21 1/23 23/11 23/11
minimize [2]  16/9 19/8
minor [1]  5/22
minors [2]  7/6 21/8
Missing [2]  10/17 11/21
molested [1]  11/1
mom [1]  13/4
money [1]  3/4
month [1]  5/19
months [7]  2/18 5/2 6/5 6/6 14/18 20/11 21/16
MOORE [2]  1/2 1/10
mortified [1]  17/3

mother [5]  9/4 10/11 11/11 13/5 13/12
Mr. [11]  2/7 2/22 3/15 4/3 4/15 4/16 4/18 5/5 5/14 9/4 21/24
Mr. Peacock [3]  3/15 4/3 4/15
Mr. Quincoces [2]  2/7 2/22 4/16 4/18 5/5 5/14 21/24
Mr. Quincoces' [7]  2/7 2/22 4/16 4/18 5/5 5/14 21/24
much [3]  8/19 14/23 18/24
my [9]  3/2 3/5 3/11 11/20 12/18 12/21 16/8 18/8 21/22
myself [1]  12/23

**N**

name [1]  12/21
National [2]  10/17 11/21
nature [1]  14/20 19/2 22/16
necessary [1]  20/3
need [2]  3/23 19/5
negative [1]  16/19
next [5]  4/9 12/1 12/10 12/21 13/24
nine [2]  7/1 11/19
no [10]  1/2 2/11 2/14 3/11 4/23 11/8 11/15 14/21 21/7 21/8
North [2]  1/18 23/13
not [35]
noted [4]  5/11 14/24 15/15 21/11
notice [1]  3/16
now [7]  5/5 7/5 9/3 12/5 13/2 14/6 21/18
number [2]  9/22 16/10

**O**

object [1]  21/19
objection [1]  21/22
objections [2]  2/11 2/15 4/23
observation [1]  16/8
obtain [1]  18/16
obtained [1]  15/6
obviously [2]  6/2 16/7
occurred [3]  9/14 15/14 16/2
off [6]  7/2 7/12 7/22 8/9 8/12 9/13
offender [2]  21/9 21/11
offense [9]  2/17 4/25 6/9 9/22 14/21 14/22 19/3 19/11 22/16
offenses [1]  19/19
office [1]  1/14 1/17 2/16 4/25 20/22
officer [1]  10/1
Offices [1]  19/15
Official [2]  1/21 23/12
often [1]  16/14
oftentimes [1]  16/12
Okay [17]  3/23 4/3 4/11 4/23 7/5 8/5 11/4 11/16 12/10 13/16 13/21 13/24 14/4 14/10 14/16 22/4 23/2
old [6]  5/14 6/7 10/11 10/12 15/1 22/9
olds [1]  10/3
once [3]  6/5 7/21 18/24
one [13]  2/17 5/1 5/21 9/1 13/8 13/10 13/19 14/12 15/11 15/16 15/17 20/11 21/15
ones [1]  8/25
online [1]  15/8
only [4]  6/1 13/8 13/10 18/15
operation [2]  9/25 14/25
opportunity [1]  4/17
opposed [1]  7/19
order [1]  23/4
organizations [1]  21/8
OSCAR [3]  1/6 2/2 20/10

other [13]  2/11 5/22 7/13 8/6 9/1 11/4 12/3 15/7 15/11 16/14 18/7 18/9 21/1
others [1]  4/6
otherwise [1]  17/17
our [2]  16/9 18/23
out [14]  7/18 8/1 8/21 8/21 8/22 9/1 12/22 15/13 16/12 17/6 18/12 18/12 18/16 18/24
outlined [1]  14/24
outrage [1]  19/18
over [3]  6/20 7/25 17/16
own [4]  5/6 11/5 18/17 18/23

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
packet [1]  10/25
page [1]  12/2
pages [3]  1/7 4/8 14/7
Palm [1]  1/15
parents [2]  10/25 12/8
part [2]  8/15 21/11
parties [2]  2/11 19/25
passed [4]  8/18 8/18 9/4 15/13
past [2]  7/1 19/14
pattern [3]  15/8 17/8 17/15
pause [1]  4/2
pay [2]  20/8 21/13
Peacock [5]  1/17 2/6 3/15 4/3 4/15
penalties [3]  19/12 19/13 19/17
pending [1]  2/15
people [4]  7/17 7/18 8/24 9/1
perhaps [1]  9/17
period [11]  3/1 3/10 5/19 5/20 5/24 6/12 6/13 6/18 6/22 8/7 10/4
periods [1]  3/4
person [2]  3/8 20/22
personal [1]  17/4
personally [2]  18/7 18/20
physical [2]  15/14 18/8
picked [2]  15/18 16/5
picking [1]  15/9
picture [1]  13/25
pictures [6]  10/8 10/19 15/3 18/11 18/17 18/21
Pierce [3]  1/5 1/18 22/24
place [1]  17/5
placed [1]  20/19
Plaintiff [1]  1/4
plea [1]  17/7
plead [1]  16/24
please [1]  2/3
pled [2]  6/1 7/15
point [7]  3/12 8/17 9/12 10/2 12/18 17/6 17/9
pornography [3]  10/6 10/16 10/20
possess [2]  18/17 21/1
possessing [1]  20/25
possession [2]  21/6 21/9
possible [2]  22/15 22/18
predate [1]  9/22
prepared [1]  4/22
preparing [1]  3/21
present [2]  2/9 15/19
presentence [3]  2/10 19/25 21/11
pretty [1]  18/24
previous [1]  21/22
prior [2]  5/15 18/8
prison [1]  22/8

**P**

Prisons [1]  20/10
probation [4]  2/16 4/24 5/19 20/22
problems [3]  6/15 6/15 7/24
proceed [1]  4/22
proceeded [1]  15/2
proceedings [3]  2/8 23/6 23/10
productive [1]  9/12
progressed [1]  6/24
progression [1]  9/8
prohibited [1]  20/25
promote [2]  19/5 20/4
pronounced [1]  21/20
proposed [1]  23/4
Prosecution [1]  9/21
prosecutor [2]  3/20 19/7
provide [1]  19/5
provided [2]  3/17 6/2
PSI [1]  14/24
public [2]  1/17 19/18
punishment [1]  6/8
purpose [1]  18/1
purposes [1]  18/2
pursuant [1]  20/13
put [1]  7/10
putting [2]  7/21 9/6

**Q**

qualify [1]  22/17
question [1]  14/21
questioned [1]  17/4
questions [3]  14/1 14/2 14/8
QUINCOCES [10]  1/6 2/2 2/7 2/22 4/16
  4/18 5/5 5/14 20/10 21/24
Quincoces' [1]  9/4
quite [2]  18/6 22/17

**R**

raise [1]  9/5
ran [1]  7/25
range [6]  2/18 5/1 5/12 17/17 20/3 20/6
ranges [2]  19/11 19/12
read [1]  15/23
really [1]  16/1
reason [2]  8/15 17/9
receive [1]  14/11
received [5]  5/18 10/15 11/20 12/7 15/21
recently [1]  9/4
Recess [1]  4/14
recognize [2]  19/21 20/4
recognizing [1]  18/6
recommend [1]  22/15
recommendation [1]  22/6
referring [1]  10/24
registration [1]  21/11
regular [1]  8/13
relationships [1]  16/20
release [6]  20/18 20/19 20/21 20/24 21/4
  21/17
released [2]  6/7 20/23
relevant [3]  17/21 18/1 18/1
repentant [1]  6/1
report [4]  2/10 19/25 20/22 21/12
Reported [1]  1/21
Reporter [2]  1/21 23/12
reprehensible [1]  7/14

resolve [1]  23/3
respect [2]  19/5 20/4
respectfully [1]  17/19
responsibility [2]  6/3 16/24
rest [1]  16/18
restaurants [1]  8/23
restitution [1]  22/22
restricted [1]  21/9
restriction [3]  21/6 21/7 21/7
result [1]  9/25
resulted [1]  5/25
results [1]  19/22
review [3]  3/21 4/6 4/22
right [5]  2/9 13/6 14/2 21/24 23/5
River [1]  15/10
RMR [2]  1/21 23/11
rob [1]  8/22
Robin [1]  22/23
Room [1]  1/22
rough [1]  6/14
run [3]  6/20 7/25 20/20

**S**

said [3]  15/13 17/2 19/9
same [2]  10/4 15/8
sat [1]  17/2
satisfied [1]  5/8
savings [1]  3/5
say [7]  2/22 3/1 5/6 6/23 9/2 13/9 13/11
saying [2]  7/21 11/10
says [3]  3/15 13/4 13/12
scene [1]  5/17
Scott [1]  4/12
Search [1]  21/10
second [2]  3/16 17/20
section [1]  20/14
see [3]  4/7 4/8 10/10
seek [1]  18/16
seeking [3]  7/19 14/17 16/22
seems [2]  9/13 18/10
self [2]  8/15 16/20
self-esteem [1]  16/20
self-inflicting [1]  8/15
sending [1]  15/3
sense [1]  19/7
sent [1]  10/17
sentence [14]  2/23 6/6 14/18 16/21 16/23
  17/10 17/11 18/4 20/2 20/5 21/16 21/18
  21/20 21/25
sentences [1]  19/8 19/14
sentencing [5]  1/10 8/16 9/17 18/4 20/17
series [2]  11/18 12/15
serious [8]  5/15 5/24 8/7 9/9 9/9 9/10 14/21
  19/10
served [2]  5/18 20/12
set [3]  17/20 20/15 22/22
seven [1]  12/2
seven-page [1]  12/2
several [2]  3/3 15/15
severe [1]  3/2
sex [1]  21/9
sexual [6]  7/7 15/2 15/3 16/14 21/9 21/10
sexually [2]  15/11 16/13
shall [9]  20/15 20/18 20/21 20/24 20/25
  21/1 21/2 21/3 21/13
Shaniek [1]  1/14
Shankiek [1]  2/4

she [5]  11/4 13/11 13/12 13/12 19/9
short [3]  16/11 16/12 19/22
short-term [3]  16/11 16/12 19/22
shotgun [1]  8/22
shotguns [1]  8/22
should [3]  9/16 9/17 9/18
show [1]  16/11
shown [1]  18/14
significant [5]  5/11 6/8 6/9 6/16 14/22
significantly [1]  17/16
signs [1]  16/14
since [1]  14/23
sir [7]  2/21 2/24 3/13 5/10 22/12 22/14
  22/20
situation [1]  15/25
six [3]  5/19 10/13 14/14
six-month [1]  5/19
so [25]
society [2]  16/9 19/8
some [6]  3/3 3/9 6/16 14/1 18/18 19/20
somebody [1]  7/25
somehow [1]  7/7
something [3]  7/23 8/8 16/7
son [1]  15/25
sorry [2]  3/9 5/19
sort [2]  7/12 8/20
source [2]  18/3 18/14
South [2]  1/15 22/11
SOUTHERN [1]  1/1
speak [3]  4/16 15/20 18/25
special [3]  21/4 21/14 21/17
spoke [1]  16/17
stamps [1]  3/6
standard [1]  21/3
stands [1]  17/18
started [2]  7/24 8/13
statement [15]  3/17 6/2 10/12 11/17 12/1
  12/2 12/10 12/13 12/21 12/22 13/4 13/14
  13/24 14/7 14/12
statements [9]  4/8 10/10 10/22 12/7 12/14
  12/17 15/16 18/10 19/24
STATES [8]  1/1 1/3 1/11 1/21 2/5 20/13
  21/14 23/12
statutory [2]  19/12 20/1
Street [1]  1/18
studies [1]  16/10
stuff [1]  3/6
submission [2]  3/15 4/22
submit [1]  23/4
substance [1]  21/2
successfully [1]  5/18
suffered [1]  12/23
suffering [1]  6/25
suggest [1]  17/19
suggesting [1]  11/9
Suite [1]  1/15 23/13
supervised [4]  20/19 20/24 21/4 21/17
sure [5]  13/9 15/21 19/7 19/9 22/17
surgery [3]  6/16 6/19 8/11

**T**

take [4]  2/10 3/13 3/23 4/11
taking [1]  15/10
talk [1]  16/1
talking [1]  22/11
technically [1]  17/21
teenage [2]  15/7 16/10

**T**

tell [2]  6/18 19/15
telling [1]  9/16
temper [1]  9/17
ten [1]  11/2
tend [1]  7/10
tends [2]  16/9 19/8
term [6]  16/11 16/12 16/16 19/22 19/22
 20/19
terms [1]  17/8
testify [1]  17/8
than [1]  5/22
Thank [8]  3/14 4/13 4/20 6/10 22/20 23/1
 23/2 23/5
that [107]
that's [10]  2/13 4/10 7/14 12/22 13/2 13/20
 13/23 14/6 14/6 14/14
their [6]  7/19 12/16 15/25 16/19 16/19
 18/17
them [7]  10/19 10/23 15/8 15/10 17/24
 18/17 18/20
then [9]  4/11 7/5 9/2 9/13 10/19 13/24
 13/25 14/1 14/7
there [27]
therefore [3]  9/2 20/5 20/15
these [19]  6/23 7/24 9/14 10/15 11/10 11/11
 16/12 16/18 17/4 18/7 18/9 18/16 18/19
 18/21 19/3 19/8 19/17 19/18 19/20
they [17]  7/18 9/15 10/19 11/10 12/16 15/6
 16/6 16/7 16/13 16/14 17/2 17/17 17/25
 18/21 18/22 18/23 19/11
thing [1]  13/13
think [15]  3/19 6/8 8/3 8/11 8/18 9/16 9/18
 11/15 14/20 16/8 18/6 19/1 19/20 22/7
 22/18
this [41]
those [25]
though [2]  18/7 18/20
thought [1]  15/4
three [16]  5/20 10/11 11/12 11/22 11/22
 12/3 12/14 13/5 13/7 13/9 13/9 13/13 13/14
 13/15 13/18 13/22
three-year [1]  5/20
through [6]  3/2 5/24 6/12 16/18 17/3 18/21
Thursday [2]  10/15 10/23
time [12]  3/7 3/12 4/21 6/8 6/13 6/17 6/18
 6/22 8/1 8/6 10/4 10/5
Title [1]  20/13
today [2]  15/19 15/21
too [2]  14/23 16/1
took [2]  15/18 17/5
top [1]  13/25
total [2]  21/15 21/16
track [2]  7/3 7/22
TRANSCRIPT [1]  1/10
transcription [1]  23/10
trauma [1]  16/25
treatment [1]  21/9
trial [2]  17/1 17/3
truly [1]  6/1
trying [3]  7/16 7/22 8/24
turn [1]  3/3
turned [1]  3/3
two [6]  8/16 10/3 14/6 15/7 20/11 21/15
type [2]  3/8 19/23

**U**

U.S [4]  1/14 1/17 19/15 23/12
U.S.A [2]  2/2 4/11
ultimately [2]  15/3 15/9
uncle [1]  8/18
under [1]  5/16
undercover [4]  9/25 10/1 14/25 15/1
understand [10]  7/5 7/16 7/17 7/17 7/20
 8/24 8/25 9/8 9/11 21/24
understanding [1]  11/20
underwent [1]  6/15
unemployment [1]  3/4
UNITED [8]  1/1 1/3 1/11 1/21 2/5 20/13
 21/13 23/12
unring [1]  18/25
until [1]  9/11
up [9]  2/10 4/11 4/18 9/11 12/5 15/4 15/9
 15/18 16/5
upheld [1]  19/14
Upon [1]  20/18
upper [1]  20/2
us [1]  13/21

**V**

versus [2]  2/2 4/12
very [18]  3/7 5/22 5/24 6/4 6/4 6/16 8/10
 8/10 8/19 9/9 9/9 9/10 9/12 15/25 17/4
 17/18 19/10 19/10
via [1]  14/25
victim [14]  3/17 4/8 10/10 10/21 11/17
 12/11 12/16 13/8 13/13 14/4 14/11 15/16
 17/20 18/9
victim/witness [1]  18/9
victimization [3]  18/10 18/14 18/19
victimize [1]  9/1
victimized [2]  18/7 18/20
victims [3]  9/22 12/8 16/16
victims' [2]  20/14 20/16
vigilant [2]  19/17 19/19
virtually [1]  18/25

**W**

Walgreen's [1]  8/23
Walsh [1]  21/10
want [11]  2/22 3/1 3/8 3/12 5/6 9/7 9/11
 13/3 13/8 15/16 15/20
wanted [1]  15/21
was [34]
wasn't [1]  15/13
way [2]  6/12 18/8
we [31]
weeks [1]  8/16
well [13]  3/23 4/7 7/2 7/9 7/20 8/14 9/3 9/18
 11/5 16/8 16/19 16/20 17/24
went [2]  7/12 8/20
were [16]  2/11 4/23 10/3 10/6 10/8 10/13
 10/25 11/2 11/5 11/10 11/13 11/22 15/6
 15/9 16/5 19/3
West [1]  1/15
what [20]  4/7 6/3 6/18 7/13 7/20 8/2 8/3
 8/20 9/17 11/12 11/20 13/11 14/10 16/2
 17/16 18/22 19/9 19/10 19/13 19/15
whatever [1]  18/3
when [14]  3/19 6/7 7/18 8/11 8/12 8/12 8/12
 8/25 10/8 10/13 14/20 15/6 16/9 18/15
whenever [2]  10/15 11/1

where [6]  7/22 7/25 8/16 11/5 20/22 22/13
whether [2]  13/18 15/14
which [8]  5/25 6/3 14/25 17/9 17/16 17/18
 19/25 21/20
while [3]  4/6 17/25 20/24
who [7]  2/7 10/25 12/23 13/4 15/9 18/13
 18/16
whom [4]  8/19 15/1 15/4 15/17
whose [1]  11/13
why [7]  4/11 7/12 7/15 7/23 8/3 8/15 9/1
Wilkie [1]  23/12
will [5]  16/18 18/3 20/5 21/23 23/4
wish [2]  15/20 22/2
with another [1]  8/21
Within [1]  20/21
witness [1]  18/9
won't [1]  14/23
words [2]  7/13 8/6
work [2]  8/1 8/12
workshop [1]  8/2
would [22]  4/5 4/16 6/6 6/23 8/21 11/12
 12/10 12/15 12/25 14/8 16/22 17/2 17/6
 17/7 17/17 17/19 17/21 21/21 22/5 22/17
 22/18 22/21
write [1]  16/6
written [1]  15/17
wrong [4]  6/4 7/14 8/10 9/9

**Y**

year [3]  5/20 10/3 15/1
years [10]  5/12 5/14 6/7 6/20 7/1 10/11
 10/12 11/2 11/2 16/4
yes [24]
yet [2]  2/7 20/14
you [35]
young [3]  8/20 15/12 15/12
your [26]
youth [1]  21/8