FROM: 06050104
TO:
SUBJECT: Supp.
DATE: 07/09/2020 07:45:20 PM

Case 2:11-cr-14065-KMM   Document 67   Entered on FLSD Docket 07/13/2020   Page 1 of 10

FILED BY_____ D.C.

JUL 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO: 2:11-CR-14065-01

OSCAR QUINCOCES

_____/

## SECOND SUPPLEMENTAL INFORMATION TO DEFENDANTS'S MOTION FOR COMPASSIONATE RELEASE

On or about June 25, 2020, Mr. Quincoces supplemented his compassionate release with updates pertaining to the COVID-19 virus that plagued his housing unit. Significant changes have occurred in rapid succession requiring Mr. Quincoces to again update the court, and states the following:

On July 8, 2020, FCC Coleman Complex went into a full quarantine lockdown, which includes the continuation of Mr. Quincoces's dorm that has been under quarantine since June 25, 2020, which is noted in his most recent filing "Supplemental Information To Defendant's Motion For Compassionate Release." The Coleman Complex is the largest federal prison Complex in the country, which includes, USP1, USP2, FCI Medium, FCI Low and a Woman's Camp. Bureau officials have not disclosed the reason as to what led up to the Complex quarantine, but the circumstances surrounding the recent events are believed to be the cause. Mr. Quincoces outlines those circumstances here.

1. On June 29, 2020, the Coleman Complex reported 0 active inmate infections at all of its facilities, but several active staff infections throughout the Complex, to include 2 at the Low facility where Mr. Quincoces is housed.

2. July 5, 2020, 10 days after Mr. Quincoces supplemental information for compassionate release was prepared and given to the prison mailing authorities, a check of the Bureau of Prisons website revealed an alarming number of inmate infections at FCC Coleman (Medium), 55 active inmate infections and 4 active staff infections. FCC Coleman (Low) continued to report 0 active inmate infections and 2 active staff infections. This is an increase of 1 staff infection than what Mr. Quincoces previously noted.

3. July 6, 2020, the inmate infection rate at FCC Coleman (Medium) increased by 10 more inmates for a total of 65, and the staff infections remained at 4. FCC Coleman (Low) continued to report 0 active inmate infections and 2 active staff infections. However, the Woman's Camp went into a quarantine lockdown that afternoon. The number for the Woman's Camp are undisclosed.

4. July 7, 2020, the inmate infection at FCC Coleman (Medium) increased again, from 62 to 82 active inmate infections and then 5 active staff infections. FCC Coleman (Low) increased to 1 active inmate infection and 2 active staff infections. It is suspected that an additional inmate has been infected on this date, however, the BOP has not officially reported it.

5. July 8, 2020, the inmates awake to information from prison staff that the entire Complex is under a quarantine lockdown and provides no further information to its inmates, leaving prison staff, who may possibly be infected, to prepare meals for the inmates.

6. July 9, 2020, the date this document is prepared, the Bureau of Prisons website, www.bop.gov/coronavirus.htlm, shows us that there are now 85 active inmate infections and 8 active staff infections at FCC Coleman (Medium) and 1 active inmate infection and now 5 active staff infections. Total to date, there are 87 active inmate infections and 23 prison staff infections Complex-wide. These numbers increase daily.

These significant changes within the past 10-15 days have dramatically increased Mr. Quincoces chances of becoming an unwanted recipient of what the deadly virus has to offer. The prison has now fully implemented phase XI of the XI phase COVID

-19 Action Plan that officially began in March, 2020. Prison officials and staff are attempting to take all extraordinary precautions to prevent the virus from entering the facility anymore than the staff has already allowed the virus to. The damage has been done and the numbers have been tallied. The damage is immeasurable due to a lack of testing for the virus. The number increases throughout the facility every day, and those numbers are far from being accurate. Again, with no actual COVID-19 testing, i.e., swab testing, there is no way to determine how many inmates and additional staff are infected.

The reason Mr. Quincoces mentions the increase of active cases at FCC Coleman (Medium) is for two reasons, (i) that facility is 900 feet away from the facility he is in; and more importantly (ii) staff "cross-pollinate" from facility to facility. This is something the government wont report to this court, or may simply downplay its significance. When dealing with such an unpredictable, silent-moving, deadly virus that is unstoppable and is spread from human-to-human contact or by droplets, it's imperative that those individuals working in known infected facilities or dorms, remain working in those dorms in order to mitigate the spread of the virus. Current practice allows staff to one day work in a dorm that is infected and then immediately following that shift, work another 8 hours inside of another dorm that is not infected. This is certainly not an "extraordinary" way to prevent the spread of the virus.

One increasing concern is the State of Florida, more specifically the area in which Coleman (Low) is located, has now become the epicenter and new hot spot, not only in the country, but the world. Reporting more infected patients than anywhere in the world is the Central Florida area. This is the area where prison staff live and spend time with their family when they are not working at the prison. This significantly increases the chances for exposure to prison staff, who then inevitably bring in that exposure, infecting hundreds and hundreds of inmates. With the continuation of prison staff coming and going from the prison every 8 hours, leaves it nearly impossible for the virus not to continue to be brought into Mr. Quincoces prison.

Even more concerning is the fact that Florida's ICU beds, which are typically where they types of infected individuals are treated, are also dwindling. The availability of these beds are becoming unavailable. When (not if) Mr. Quincoces becomes infected with the virus during his prison tenure, he will not only not have much of a fighting chance within the confines of prison, he is less likely to receive an appropriate bed at a local hospital, which will already be over capacity, due to him being a prisoner-patient. The likelihood of Mr. Quincoces needing one of the ICU beds is unarguably fact, given the serious circumstances of this contagion.

Finally, on May 1, 2020, this court directed the United States Probation Office to respond to Mr. Quincoces motion for compassionate release [Doc. 60]. It is unclear if the Probation Office has yet to respond, however, Mr. Quincoces became aware of the Probation Office contacting his Case Manager for an updated progress report. The Case Manager instructed the Probation Officer to send her an official request via e-mail or fax so she can provide the documents he requested. That request was never answered. With the support of Mr. Quincoces Unit Team, his Case Manager (S. Brin) and Unit Manager (R. Jimenez), prepared the progress report for Mr. Qunicoces, affording him the opportunity to present it to the court, pro se, (Ex. A). The Probation Office has not received this report.

The only discrepancy that Mr. Quincoces would like the court to observe on his Progress Report (Ex. A), is that is shows he has only been working in his current position since May 19, 2020. This is inaccurate. He provides a list of his employment combating that discrepancy (Ex. B). This error is due in part to the fact that when Mr. Quincoces went to the hospital for emergency surgery [Doc. 62], he was subsequently removed from the system along with his employment. He retained that employment upon his return to FCC Coleman (Low).

## CONCLUSION

The time for the court to act on behalf of Mr. Quincoces is now. Every minute he spends in prison is another minute he unknowingly faces death in the eyes and implores his fate into this court. Mr. Quincoces undoubtedly made mistakes putting him into this unimaginable situation that is unprecedented. He again implores this court to consider all of the facts given in his initial filing for compassionate release, the United States response acknowledging Mr. Quincoces has met his burden in establishing extraordinary and compelling reasons warranting compassionate release, his reply to the governments response, and the two supplemental information filings.

Mr. Quincoces is a deserving man who deserves a second chance and who should not have to worry if his punishment will becomes capital or not. This court should consider the facts given, that change at his prison daily (for the worse) and order his immediate release where he can adhere to his conditions of supervised release and any additional orders of the court. This would also allow Mr. Quincoces to quarantine at home where he can escape the virus, versus the confines of prison.

Prepared with the assistance of Bryan M. Cooney and respectfully submitted by Oscar Quincoces on this 9 day of July, 2020.

7/9/2020

Oscar Quincoces, 97661-004
Federal Correctional Institution (Low)
P.O. Box 1031
Coleman, Florida 33521-1031

## CERTIFICATE OF SERVICE

The following document was delivered to the prison mailing authorities in a properly addressed, postage prepaid envelope on the same day as signed.

The original was sent to the United States District Court, Office of the Clerk, at 101 S. U.S. Hwy 1, Room 1016, Fort Pierce, Florida 34950.

The opposing party is registered with the CM/ECF filing system, thus, I request service of this document upon that party via that system.

_____
Oscar Quincoces

## VERIFICATION

Under the penalty of perjury as authorized in 28 U.S.C. 1746, I declare that the factual allegations and the factual statements contained in this document are true and correct to the best of my knowledge.

_____
Oscar Quincoces



| Summary Reentry Plan - Progress Report | SEQUENCE: 00182891 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons<br>Plan is for inmate: QUINCOCES, OSCAR R  97661-004 | Report Date: 05-27-2020 |

Name: QUINCOCES, OSCAR R
Register Num: 97661-004
Age: 55
Date of Birth: 03-26-1965
DNA Status: MIM08823 / 08-09-2012

Ex. A

_____
Inmate  (QUINCOCES, OSCAR R, Register Num: 97661-004)
5/27/2020
Date

_____
Chairperson
5/27/2020
Date

_____
Case Manager
5/27/2020
Date



| Summary Reentry Plan - Progress Report | SEQUENCE: 00182891 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons<br>Plan is for inmate: QUINCOCES, OSCAR R  97661-004 | Report Date: 05-27-2020 |



| Facility: | COL COLEMAN LOW FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | QUINCOCES, OSCAR R | Security Level: | LOW |
| Register No.: | 97661-004 | Proj. Rel Date: | 09-07-2032 |
| Quarters: | C04-053L | Release Method: | GCT REL |
| Age: | 55 | DNA Status: | MIM08823 / 08-09-2012 |
| Date of Birth: | ▇▇▇ 1965 | | |

### Contact Information
**Release contact & address**
Quincoces Oscar, FATHER
11741 SW 182 Terrance, Miami, FL 33177 US
phone (home) : (305)- 25-5 2867
phone (work) : (303)- 60-9 4910

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:2422(B) ENTICING A MINOR TO ENGAGE IN SEXUAL ACTIVITIES (CT1,2) | 293 MONTHS |

Date Sentence Computation Began:   06-04-2012
Sentencing District:   FLORIDA, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /  0 /  0 | 432 | Years: 8 Months: 7 Days: 22 | + 200    JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
Inmate Quincoces arrived at FCC Coleman Low on March 26, 2015. At his initial classification, inmate Quincoces was encouraged to satisfy his court-imposed financial obligations through participation in the Inmate Financial Responsibility Program and maintain clear conduct. Inmate Quincoces was recommended to complete all six core topics of the Release Preparation Program (RPP) prior to RRC placement. He was also encouraged to apply for Unicor employment to assist with his release and financial obligations and obtain his original birth certificate and social security card.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | C-1 ORD | C-1 UNIT ORDERLY | 05-19-2020 |

### Work Assignment Summary
Inmate Quincoces has consistently earned average and above average work evaluations during this period of incarceration. He has gained employable work skills through his employment in Federal Prison Industries as a Housing Unit Head Orderly.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 11-30-2012 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-30-2012 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | ART CLASS | 11-17-2015 | 01-08-2016 |
| COL | C | INTERMEDIATE PAINTING CLASS | 05-28-2015 | 07-02-2015 |
| COL | C | INTERMEDIATE DRAWING CLASS | 05-26-2015 | 07-07-2015 |
| COM | C | FIELD MAINTENANCE | 01-25-2015 | 02-26-2015 |
| COM | C | INTERMEDIATE DRAWING CLASS | 01-30-2015 | 03-29-2015 |
| COM | C | INTERMEDIATE PAINTING CLASS | 01-30-2015 | 03-29-2015 |
| COM | C | BEGINNING PAINTING CLASS | 09-24-2014 | 11-26-2014 |

| | | Summary Reentry Plan - Progress Report | | SEQUENCE: 00182891 |
| | | Dept. of Justice / Federal Bureau of Prisons | | Report Date: 05-27-2020 |
| | | Plan is for inmate: QUINCOCES, OSCAR R  97661-004 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COM | C | BEGINNING DRAWING CLASS | 09-23-2014 | 11-25-2014 |
| COM | C | ART CLASS | 01-07-2014 | 02-21-2014 |
| COM | C | RPP HEALTH/NUTRITION #1 | 11-21-2012 | 11-21-2012 |

### Education Information Summary

Inmate Quincoces has completed several education and recreation programs.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 01-05-2016 | 314 : COUNTRFTNG OR FORGING DOCUMENT |

### Discipline Summary

Inmate Quincoces was received one incident reports during his incarceration. His interaction with staff and inmates is appropriate and no management concerns are noted at this time.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| COL | A-DES | TRANSFER RECEIVED | 05-13-2020 | CURRENT |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 04-28-2020 | 04-28-2020 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 11-22-2019 | 04-24-2020 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 06-03-2018 | 11-20-2019 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 05-11-2018 | 05-31-2018 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 07-25-2015 | 05-11-2018 |
| COL | A-DES | TRANSFER RECEIVED | 03-26-2015 | 07-23-2015 |
| COM | A-DES | OTHER AUTH ABSENCE RETURN | 01-15-2015 | 03-26-2015 |
| COM | A-DES | OTHER AUTH ABSENCE RETURN | 03-09-2014 | 01-15-2015 |
| COM | A-DES | US DISTRICT COURT COMMITMENT | 11-20-2012 | 03-06-2014 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 11-27-2012 |
| CARE2 | STABLE, CHRONIC CARE | 10-11-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 06-25-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-29-2017 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-10-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-25-2019 |
| STAND RSTR | NO PROLONGED STANDING | 03-29-2017 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 03-29-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-29-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-16-2013 |

### Physical and Mental Health Summary

Inmate Quincoces is medically classified as Stable Chronic Care-2 and Mental Health Care-1.

### FRP Details



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: QUINCOCES, OSCAR R   97661-004

SEQUENCE: 00182891
Report Date: 05-27-2020

### Most Recent Payment Plan

**FRP Assignment:** PART    FINANC RESP-PARTICIPATES    **Start:** 06-13-2013
**Inmate Decision:** AGREED    $25.00    **Frequency:** QUARTERLY
**Payments past 6 months:** $50.00    **Obligation Balance:** $1,050.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST CV | $1,500.00 | $1,050.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 06-10-2020 | COL | PAYMENT | INSIDE PMT | $25.00 |
| | 03-10-2020 | COL | PAYMENT | INSIDE PMT | $25.00 |

### Financial Responsibility Summary

At the time of sentencing, inmate Quincoces was ordered to pay a $200 felony assessment and $1,500 Restitution. He has completed making monthly payments toward these obligations through participation in the Inmate Financial Responsibility Program.

### Release Planning

He plans to reside with his dad in Miami, Florida.

### General Comments

None.

Case 2:11-cr-14065-KMM   Document 67   Entered on FLSD Docket 07/13/2020   Page 9 of 10

```
   COLE8  531.01 *          INMATE HISTORY           *     07-09-2020
 PAGE 001 OF 001 *           WRK DETAIL              *     08:30:37

 REG NO..: 97661-004 NAME....: QUINCOCES, OSCAR R
 CATEGORY: WRK         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
COL    C-1 ORD    C-1 UNIT ORDERLY            05-19-2020 0001  CURRENT
COL    UNASSG     UNASSIGNED                  05-13-2020 1333  05-19-2020 0001
COM    UNASSG     UNASSIGNED WORK DETAIL      04-28-2020 1512  05-13-2020 1020
COL    C-1 ORD    C-1 UNIT ORDERLY            04-28-2020 1503  04-28-2020 1504
COL    C-1 ORD    C-1 UNIT ORDERLY            11-22-2019 2020  04-24-2020 1515
COL    C-1 ORD    C-1 UNIT ORDERLY            06-03-2018 1802  11-20-2019 1518
COL    C-1 ORD    C-1 UNIT ORDERLY            05-11-2018 1032  05-31-2018 1332
COL    C-1 ORD    C-1 UNIT ORDERLY            08-26-2015 0948  05-11-2018 0720
COL    CMPD EW    COMPOUND ORD EVENING WATCH  07-25-2015 2142  08-26-2015 0948
COL    CMPD EW    COMPOUND ORD EVENING WATCH  04-30-2015 1016  07-23-2015 1405
COL    A&O COMPLT A&O COMPLETE                04-08-2015 1158  04-30-2015 1016
COL    A&O        ADMISSION & ORIENTATION     03-29-2015 0821  04-08-2015 1158
COL    UNASSG     UNASSIGNED                  03-26-2015 1125  03-29-2015 0821
COM    REC 1 AM   REC 1 ORDERLY 7:30-3:30     01-15-2015 1221  03-26-2015 1037
COM    REC 1 AM   REC 1 ORDERLY 7:30-3:30     06-25-2014 0800  01-15-2015 0900
COM    REC 2 PM   REC 2 ORDERLY 1230-830 PM   05-15-2014 1230  06-25-2014 0800
COM    REC SPEC   REC WEEKEND SPECIAL DETAIL  03-09-2014 1508  05-15-2014 1230
COM    REC SPEC   REC WEEKEND SPECIAL DETAIL  06-14-2013 0001  03-06-2014 2043
COM    FS SPECIAL PERFORMS SPECIAL ASSIGNMENTS 06-05-2013 0001 06-14-2013 0001
COM    UNASSG     UNASSIGNED WORK DETAIL      04-24-2013 0001  06-05-2013 0001
COM    UNASSG/AD  UNASSIGNED/ADMIN. DETENTION 04-13-2013 1039  04-24-2013 0001
COM    COMPND 1   COMPOUND 730-400            04-05-2013 0001  04-13-2013 1039
COM    UNASSG     UNASSIGNED WORK DETAIL      02-12-2013 0001  04-05-2013 0001
COM    UNASSG/AD  UNASSIGNED/ADMIN. DETENTION 01-31-2013 0001  02-12-2013 0001
COM    COMPND 1   COMPOUND 730-400            11-28-2012 1555  01-31-2013 0001
COM    A&O COMPLT A & O COMPLETED             11-22-2012 0001  11-28-2012 1555
COM    A&O        ADMISSION AND ORIENTATION/  11-20-2012 1206  11-22-2012 0001
COM    UNASSG     UNASSIGNED WORK DETAIL      11-20-2012 0934  11-20-2012 1206
MIM    G EAST UNA G EAST UNASSG WRK DETAIL    08-10-2012 0714  11-20-2012 0347
MIM    R/D UNASSG R/D UNASSG                  08-09-2012 1030  08-10-2012 0714
```

Ex. B

G0000          TRANSACTION SUCCESSFULLY COMPLETED

Oscar Quincoces, 97661-004
Federal Correctional Institution-Low
P.O. Box 1031
Coleman, Fl 33521-1031

CLEARED X-RAY

RECEIVED
JUL 18 2020

34950-420901

United States District Court
Office of the clerk
101 S. U.S. Hwy 1, Room 1016
Ft. Pierce, Fl 34950